Page 1 of 2

**United States District Court: District of Delaware**

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

- 0 7 - 7 6 3 -

November 23, 2007

Plaintiff
James Coppedge on behalf of
Coppedge Real Estate, LLC/ Judgment Creditor - Plaintiff
3742 N. 18th
Philadelphia, Pennsylvania, [19140]

V.

Defendant
GERALD D. LEATHERMAN, ESQ.
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102



**FILED**

NOV 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
receipt # 149696

Petition to compel arbitration by: **Affidavit of Maritime Commercial Contract enforcement under Title 9 Sec. 1 & 2 validity, irrevocability and enforcement of agreements.**

To Clerk of U.S. Court;

Whereas since the defendant refuses to cease and desist harassment of the Secured Party Creditor/James Coppedge this is a request to file a claim against the defendant in the amount of One Hundred Thousand USD. Enclosed you will find affidavits, non-response to notary, proof of service, postal verification, default stipulation and stipulation of monetary judgment.

Whereas the plaintiff /Judgment creditor served the defendant/Judgment debtor October 5, 2007. The defendants/Judgment debtor never answered nor rebutted the Affidavit of Special Negative Averment and Bill of Peace. The defendant defaulted on the contract October 9, 2007 by non-response to the notary. The defendant/Judgment debtor is liable on the contract valued at One Hundred Thousand USD. The defendant was properly served and failed to pay on the said debt agreed to by its own omission by default by silence. The defendant has no authority to act to act against the Secured Party Creditor.

Whereas the Judgment Creditor is changing the venue under Title 9 USC 204 due to a perceived conspiracy by Mr. Gerald D. Leatherman, Esquire via its agents and attorneys. Also, maritime liens/admiralty contracts are enforceable anywhere within the U.S after 90 day period which will be a bona fide lien established under supplement rule AB&C. The default conditions stipulated under title 9 USC shall be enforceable as established as an administrative judgment after the 90 day period.

Whereas jurisdiction to collect the damages of One Hundred Thousand USD are valid and enforceable under Title 9 USC Sections: 1, 2, 4, 202, 203, 204, 206, 301, 303, 304, & Title 28 USC 1333. Furthermore, the Judgment/debtor has voluntarily and mutually waived his 20-day service under Title 4, by non- response and once defaulted the filing U.S. Clerk should deem the default as already filed under Civil procedures Rule 5.

Whereas the Judgment debtor has ten (10) days to offer a settlement agreeable to the Judgment creditor. Failure to do so will constitute compulsory arbitration without the Judgment debtor's present by Ex porte order.

I am

Yours in Christ,

James Coppedge, Secured Party/Creditor Pro Se

RE: Financing Stmt. No. 2006091901558
Coppedge Real Estate, LLC / James Coppedge
3742 N. 18ᵗʰ Street, 1A
Philadelphia, Pennsylvania [19140]

October 4, 2007

GERALD D. LEATHERMAN, ESQ.
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16ᵀᴴ FLOOR
PHILADELPHIA, PA 19102

## *Affidavit of Specific Negative Averment*

*One living, sentient, free-will, natural man known as Coppedge Real Estate, LLC, / James Coppedge hereinafter "One," acting with rights granted by life and upheld by all valid and just law declares and attests that the following facts are true, correct, and complete to the best of One's knowledge and in accord with One's deeply held spiritual convictions and creed as God Almighty.*

*One issues this Affidavit of Specific Negative Averment, hereinafter "Affidavit," on the basis that each and every party acting against One in any manner purports to be acting in an official capacity.*

*One denies that any of the below-named, undefined, and unproved beings/entities/persons/corporations/associations/trusts /unincorporated associations/limited partnerships/whatever exists, is solvent, has capacity to sue and be sued, can appear in court, and is in bona fide, enforceable contract with any alleged party:*

JAMES COPPEDGE of 3742 N. 18th Street, Apt 1, Philadelphia, Pennsylvania 19140.
A MAN/WOMAN WITH SCALES, CITY ATTORNEY, CITY OF PHILADELPHIA
ALL-SUB.AGENCIES AND DIVISIONS OF ALL OF THE ABOVE ENTITITS
CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN,
BOARD OF LICENSE AND INSPECTIONS REVIEW
THE GOVERNBMENT OF THE UNITED STATES
PHILADELPHIA COUNTY SUPERIOR COURT
L & I HOUSING CODE INFORCEMENT UNIT
ESQUIRE STATE BAR OF PENNSYLVANIA
UNITED STATES GOVERNMENT
UNITED STATES OFO AMERICA
A MAN/WOMAN WITH SCALES
INTERNAL REVENUE SERVICE
COUNTY OF PHILADELPHIA
STATE OF PENNSYLVANIA

FRANCHISE TAX BOARD
ALL BAR ASSOCIATIONS
CITY OF PHILADELPHIA
COURT OF COMMON PLEAS
U.S. GOVERNMENT
US GOVERNMENT
ZONING BOARD
UNITED STATES
U.S.A.
USA
U.S.
US

*The correct parties concerning any alleged dispute must be accurately and legally identified and present in court in order for any proceeding to commence, inasmuch as otherwise ambiguity prevails and no way exists to know who is involved with whom, how, and why. Rendering any such proceeding, and all matters connected therewith and pertaining thereto void for vagueness as per 46 Amour 2d. Judgments:*

> *700. Parties. A judgment should identify the parties for and against whom it is rendered with such certainty that it may be readily enforced and a judgment which does not do so may be regarded as void for uncertainty...."*

*This Affidavit constitutes a "specific negative averment" in accordance with Federal Rules of Civil Procedure Rule 9 (a) re alleged* "CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *One is not a party to an imaginary dispute between non-existent and non-appearing entities. Allegedly involving some undefined and unproved beings/ entities/persons/corporations/associations/trusts/unincorporated associations/whatever referenced as"* CITY OF PHILADELPHIA,' *hereinafter Fictional Agency,"* CLAIMANT, *hereinafter Fictional Claimant," and* JAMES COPPEDGE, *hereinafter Fictional Debtor," whereby one declares and asserts absolutely that:*

> 1. *None of the above-enumerated all-capital-letter assemblages of letters exist and is solvent.*

2. One is *none of said all-captial-letter assemblages of letters, i.e. not Fictional Agency, not Fictional Claimant and not Fictional Defendant and is therefore a non-party to* CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE, Philadelphia, Pennsylvania, or any other related accounts past, present or future."

3. *One's true name is James Coppedge and not* JAMES COPPEDGE.

4. *One's rank is t hat of unlimited-liability, living, sentient being with all absolute, unalienable rights, and power to uphold said rights intact.*

5. *One's standing in law is that of a sovereign inhabitant on the soil of the land commonly referenced as "Pennsylvania".*

6. *All assertions that One is a party to any proceeding concerning* "CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *Are null and void and of no force and effect ab initio. One is not a party to an imaginary dispute between non-existent and non-appearing entities.*

7. "CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE, Philadelphia, Pennsylvania, or any other related accounts past, present or future." *Must be abated ab initio.*

8. *Fictional Agency and Fictional Plaintiff do not psssess and can never possess jurisdiction over One. Nor One's property nor One's rights and the issue of jurisdiction cannot be waived.*

9. *The record must be corrected regarding this matter immediately.*

10. *All parties whatsoever are estopped henceforth from acting against any of One's rights and property in any manner re this matter.*

11. *Agreement by silence to additional stipulation of default terms:*

    1. *Void all filings made by the City of Philadelphia due to conspiracy against the Secured Party.*

    2. *You arbitrarily agree that you are committing malpractice and consent to a malpractice lawsuit.*

    3. *Failure to respond within the 3 (three) day time period from receipt of this correspondence indicates you are consenting to the withdrawal of your petition against Coppedge Real Estate, LLC and you are canceling your petition to correct the Secured Party's UCC-1, Financing Statement and Security Agreement.*

    4. *You are agreeing that you are a fictitious payee that has no standing in this matter against the Secured Party, Coppedge Real Estate, LLC.*

    5. *You also consent to answer to congress for failure to abide by the separation of powers' laws.*

    6. *Your participation in this case is nullified and that you are held personally liable.*

*Any man or woman desiring to rebut this Affidavit and disprove the negative averments asserted herein must rebut in the manner of this Affidavit in the responding party's own handwriting using Christian name for signature executed true correct and complete and notarized in red ink and mailed to the below-named notary public* __JOHN T MELVIN__ _____ at __1752 N BROAD ST   PHIA, PA 19141__ *with three (03) calendar days of receipt or be in default hereof. Said default establishes on the record the confession and consent of judgment by every man and woman acting adversely concerning One in any manner that:*

    1. *None of the all-capital-letter being/entities/persons/trusts/corporations/associations/ unincorporated associations/limited partnerships/whatever referenced herein exists is solvent possesses capacity to sue and be sued...or sue and be sued in a representative capacity." and can appear in court re this instant matter whereby* "CITY OF PHILADELPHIA LAW

DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE, Philadelphia, Pennsylvania, or any other related accounts past, present or future" *does not exist ab initio and Fictional Agency has no jurisdiction over the non-existent cause the non-existent parties and the non-existent thing.*

2. *Any man or woman who is in the default hereof who continues to act against One in any manner is acting illegally without authority is private capacity and in the complete absence of all jurisdiction*

3. *One is fully authorized to employ any and all just and lawful means of remedy and recourse concerning action against One by any party who admits and confesses by default to be devoid of all right authority and official immunity.*

*The Undersigned Affiant James Coppedge/Coppedge Real Estate, LLC, i.e. "One," does herewith assert and declare on One's unlimited liability that One issues this Affidavit of Specific Negative Averment with sincere intent that One is competent to state the matters set forth herein that the contents are tru, correct, and complete in accordance with One's knowledge, understanding, and sincerely held spiritual convictions and creed.*

James Coppedge/Coppedge Real Estate, LLC, i.e *"One"*

Date: 10/4/07

*Jurat*

*State of Pennsylvania*        )
                                              )   *ss.*
*County of Philadelpia*        )

*Subscribed and sworn to at* PHILADELPHIA PA *before me this* 4TH *day of* OCTOBER, *A.D.* 2007.

*Notary public* JOHN T MELVIN
*My Commission Expires* NOV 15, 2007
*WITNESS my hand and official seal*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

*Signatures*

*Dated: October 4, 2007*

## Bill of Peace

One living, sentient, free-will, natural man, known as
Coppedge Real Estate, LLC / James Coppedge , hereinafter "One,"
acting in unlimited-liability capacity with rights granted by life and
upheld by all valid and just law declares and attests true, correct,
and complete in accordance with One's deeply held spiritual
convictions and creed that One is not an enemy of:

1. Life, God, The laws of being, natural law, truth, love, good
   will, peace, eternal verities, sanity, and the highest
   universal principles of mankind.

2. All rights of the sovereign people living on the soil of the
   land commonly referenced as "America" secured by life,
   just law, the Constitution of the United States 1787. The
   Bill of Rights 1791, the Constitution of the State of
   Pennsylvania 1776 and otherwise.

3. The universal rights of man.

4. People of good will everywhere.

One claims all sovereignty unalienable rights and power to
exercise said rights innate in One's life and as secured and
guaranteed by the de jure Constitution of the United States 1787,
and First Ten Articles of Amendment, 1791 Bill of Rights."

One extends to CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD
D. LEATHERMAN, ESQUIRE, jointly and severally hereinafter
referenced as Respondent." And every other living being alleging
involvement with so-called "CITY OF PHILADELPHIA LAW DEPARTMENT,
GERALD D. LEATHERMAN, ESQUIRE," allegedly bearing involvement
with some undefined and unproved
beings/entities/persons/corporations/trusts/limited/partnerships/as
sociations/unincorporated associations/whatever referenced as
"CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN,
ESQUIRE," a covenant and creed of peace and good will and mutual

*agreement to respect the life, rights, dignity, freedom, and property of One Respondent and all people.*

*Respondent and everyone desiring to contract with One as herein possesses two (2) options re this Bill of Peace:*

1. *Notarize and sign below in red ink in unlimited-liability capacity using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein:*

2. *Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the United States of America and the people Constitution and Government thereof.*

*Respondent must execute this Affidavit, i.e. Bill of Peace, "as per the first of the two (2) designated options above and mail to the below-named notary public* JOHN T MELVIN JR *at* 4782 N BROAD ST , PHILA, PA 19141 *within three (3) calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent as well as any response of any kind whatsoever other than receipt by notary public* JOHN MELVIN *of this Bill of Peace with Respondent's original notarized signature thereon in red ink establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:*

1. *Respondent is acting under alleged "authority" of some War Power in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the law of necessity, "i.e. "law of the jungle," i.e. "no law."*

2. *Any action of any kind by anyone against One re this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof and treason against the Constitution of the United States 1787*

3. Respondent is operating on alleged authority of a letter of margue and reprised issued by an undisclosed party.

4. Any papers, notices, subpoenas, and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States 1787 Bill of Rights 1791, and such established maxims of law as:

   ○ No one is bound to arm his adversary against himself, Wing, Max. 665.

   ○ No man is bound to produce writings against himself. Bell Dict.

   ○ No one is bound to accuse himself. Wing. Max 486: 14 M. & W. 286: 107 Mass. 181.

5. No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression non-disclosure, and acts of war against One and One's Country.

6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.

7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

One herewith declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent that One is competent to state the matters set forth herein that the contents are true, correct, and complete, not misleading, and the truth the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.

Private and non-negotiable between the parties

_(signature)_ (cc) ucc 3-419,1-201(27)35}

Date: _Oct 4, 2007_

---------------------------

_Name_

_Jurat_

_State of Pennsylvania_ )
                         ) _ss._
_County of Philadelpia_ )

_Subscribed and sworn to at_ PHILADELPHIA - PA _before me this_
4th _day of_ OCTOBER _, A.D. 200_].

_Notary public_

_My Commission Expires_ NOV 15, 2007

_WITNESS my hand and official_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN F. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

----------------------------------

_Signatures_

*AFFIDAVIT OF SERVICE*

*State of* PENNSYLVANIA )
)
*County of* PHILADELPHIA )

*I am over 18 years of age and not a party to the within action; my business address is:*

*Coppedge Real Estate, LLC / James Coppedge*
*3742 N. 18th Street, 1st Floor*
*Philadelphia, Pennsylvania [19140]*

*On this 04th day of October 2007, I served one copy of the following:*

- *Affidavit of Specific Negative Averment dated October 4, 2007, notarized by STATE OF* PENNSYLVANIA *NOTARY PUBLIC, six (6) pages in length including the Acknowledgment page;*

- *Bill of Peace dated October 4, 2007, notarized by STATE OF* PENNSYLVANIA *NOTARY PUBLIC* JOHN T MELVIN*, four (4) page in length including the Acknowledgment page;*

*A total of Eleven (11) pages served herewith.*

*Registered Mail # _____, Return Receipt Requested, in a sealed envelope with postage pre-paid, properly addressed to _____ as follows:*

----------

*Dba:*
JT. MELVIN INSURANCE AGENCY
4752 N BROAD ST
PHILA, PA 19141

*I declare under penalty of perjury under the laws of the State of Pennsylvania that the above is true, correct, and complete, and that this Affidavit of Service was executed on October 4, 2007, at Philadelphia, Pennsylvania.*

cc
4 cc 3-419, 1-201(27) 3 5
*Name*

*Affidavit of Service* – CITY OF PHILADELPHIA LAW DEPARTMENT, GERALD D. LEATHERMAN, ESQUIRE

*Private and non-negotiable between the parties*

## *ACKNOWLEDGMENT*

*State of* PENNSYLVANIA )
            )
*County of* PHILADELPHIA )

*On* 10|4|07 _____ *before me,* JOHN T MELVIN ___, *Notary*

*Public personally appeared* JAMES COPPENS ___, *personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.*

*WITNESS my hand and official seal.*

_____
*Signature of Notary*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2007

*Private and non-negotiable between the parties*

## CERTIFICATION OF NON-RESPONSE

I, ‾‾JOHN T MELVIN JR,‾‾ a Notary Public, do hereby certify and affirm that
I have received no response to Coppedge Real
Estate, LLC / James Coppedge's **Affidavit**
of Specific Negative Averment and Bill of Peace
from the CITY OF PHILADELPHIA,
GERALD D. LEATHERMAN, ESQ.
DEPUTY CITY SOLICITOR, CITY OF
PHILADELPHIA, PENNSYLVANIA LAW
DEPARTMENT, 1515 ARCH STREET, 16TH
FLOOR, PHILADELPHIA, PA  19102
as of the ‾‾15TH‾‾ day of ‾‾NOV‾‾ 2007.

WITNESS my hand and official seal.

_____
Signature of Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

November 13, 2007

GERALD D. LEATHERMAN, ESQ.
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

## AFFIDAVIT OF STIPULATION OF MONOTARY JUDGEMENT

The City of Philadelphia, a non-profit corporation and the Pennsylvania Law Department
and Gerald D. Leatherman, Esq. Deputy City Solicitor have all failed to rebut my
Affidavit of Special Negative Averment and Bill of Peace dated October 4, 2007
constituting the following stipulation which will be enforced as a Treaty, Treatise or
International Agreement in which will be upheld under the Act of State Doctrine as a
foreign judgment under Title 28.1608. There is no cure with the exception of settlement
of $ One Hundred Thousand US Dollars.

1).    This agreement will constitute full liability by the City of Philadelphia,
       Pennsylvania Law Department and Gerald D. Leatherman, Esq. Deputy City
       Solicitor its agents jointly and individually.

2).    The City of Pennsylvania Law Department and Gerald D. Leatherman, Esq.
       Deputy City Solicitor will assure this payment via Common Pleas Court,
       Commonwealth Court, and the PHRC or Maritime Lien via the United States
       Coast Guard

3).    Stipulations also include wholesale collect of the judgment lien under chapter 7 of
       the bankruptcy laws or premier capital, LLC's, given the power of attorney to
       execute a writ of mandamus on the Wachovia Bank account of the City of
       Philadelphia not limited to Donald Trump whole acquisition of said judgment.

4).    Stipulation also grants UCC lien in another state enforceable via all stipulations
       above in any state or country without further notifications above in any state or
       country without further notification. From the date of receipt the City has three
       (3) days to settle for $ One Hundred Thousand US Dollars with full benefits due
       to me.

Page #2
November 13, 2007

**COMMONWEALTH OF PENNSYLVANIA**

**COUNTY OF PHILADELPHIA**                **ss**

On this 15th day of November 2007, before me, a Notary Public of the
Commonwealth of Pennsylvania in and for the County of Philadelphia came, Coppedge
Real Estate, Inc/James Coppedge before me personally known to be the JUDGMENT
CREDITOR who is executing this AFFIDAVIT OF STIPULATION MONOTARY
JUDGMENT, and they acknowledge this execution the same, and their signature's are
dully affixed by the authority of His Sacred and Savior, SON OF MARY, the I AM - the
ALL seeing eye of eternal life.

Coppedge Real Estate, Inc. /James Coppedge

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed my official seal
of the City of Philadelphia the day and year first above written.

Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania 19140

September 21, 2007

**To Respondent:**

GERALD D. LEATHERMAN, ESQ.
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

Dear Mr. Leatherman:

> **Re:** Two (2) Affidavits of the Undersigned and Proof of Service thereof, copy
> of each enclosed, and CERTIFICATION OF NON RESPONSE issued by
> Notary

### Notice of Default and Stipulation

1.    The record reflects City of Philadelphia and Gerald Leatherman of the above-
named Respondent, hereinafter 'Respondent," is in receipt of the below-enumerated
documents on the basis of service by Registered Mail as substantiated by Proof of Service
bearing date of _Nov 13, 2007_ ;

- "Affidavit of Specific Negative Averment,"
  Dated, _October 4 2007_ ;

- "Bill of Peace," dated _October 4 2007_

You are in breach of your affidavit by failing to cease and desist in your efforts to harass
me. See (pg _14_____, paragraph _"1 — 6_____ of Aff. Sp ng av.)

2.    Executing, posting, and staking of the lawful claim and notice of Coppedge Real
Estate, LLC / James Coppedge, herein referenced as "the Undersigned," in
accordance with this Notice of Default and Stipulation, hereinafter "Notice of
Stipulation," the notarial CERTIFICATION ON NON-RESPONSE, and the two
(2) above-enumerated Affidavits, hereinafter "the Undersigned's Affidavits,"
established on the record Respondent's confession and consent of judgment, i.e.
lawful, contractual, and commercial res judicata, that, interalia;

- a.    Respondent stipulates on the record that each and every material fact
  affirmed in the Undersigned's Affidavits is true, correct, and complete
  not misleading, and the truth, whole truth, and nothing but the truth in
  law, commerce, substantial citation, and fact.

b. Respondent possesses no verifiable and lawful corporate existence and thereby devoid of all limited-liability underwriting, authority, solvency, and credibility.

c. None of the unproved, undefined and all-capital-letter assemblages of alphabetical symbols, such ad GERALD LEATHERMAN, and the like exists, is solvent, and has capacity to sue and be sued, whereby no corporate parties exist to be in contract, dispute, arbitration and the like.

d. Respondent is acting as an alien enemy of the Undersigned and the united States of America and the people, Constitution (1787, 1791), and Government thereof, under order of some undisclosed letter of marque and reprisal caused by some undisclosed principal, absolving the Undersigned of all and every obligation to engage in commercial intercourse with Respondent in any manner and constituting prima facie evidence, i.e. proof, that Respondent is committing treason, insurrection, and conspiracy to overthrow the Government of the United States of America.

e. Respondent is lawfully estopped absolutely and permanently from acting against the Undersigned, the rights of the Undersigned, the disability pension of the Undersigned, and the order, peace, sanctuary, and sanctity of the Undersigned's private life and private business in any manner whatsoever.

3. Any action by Respondent of any kind regarding this matter purporting to involve the Undersigned constitutes establishing on the record confession and consent of Judgment by Respondent that any further actions by Respondent concerning this matter purporting to involve the Undersigned is proof of deliberate, willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and any competent jurisdiction.

4. The Undersigned posts and stakes this Notice of Stipulation in all public records and reserves the right to incorporate this Notice of Stipulation in any proceedings arising from the subject matter established herein.

5. § 1708. Fraudulent deceit
One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.

**NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS**
**NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS**

Executed in sovereign, unlimited-liability capacity

Coppedge Real Estate, LEC7 James Coppedge          ucc 3-4/?

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   City of Phile
   G=RNID) Leatherman in
   Qwarty City Srlic 711
   1575 Man 4 Sr M, M, Co
   17, 12, P. 15102

A. Signature

X  LAW                              □ Agent
                                    □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   CITY OF                      12/5 0

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail      □ Express Mail
   □ Registered         □ Return Receipt for Merchandise
   □ Insured Mail       □ C.O.D.

4. Restricted Delivery? (Extra Fee)     □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   Coppedge Real Estate LLC
   James Coppedge
   3742 N. 10th St Apt 1
   Philadelphia Pennsylvania [state]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

*Cottrodge Real Estate, LLC*
*Jan & Cozzard,*
*3742 N. 18 St. 1A*
*Philadelphia, Pennsylvania [940]*

```
               NICETOWN STATION
            PHILADELPHIA, Pennsylvania
                     191409998
                  4165410142 -0098
  11/15/2007     (215)225-8373      03:39:56 PM

  ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                    Sales Receipt
  Product          Sale   Unit          Final
  Description       Qty    Price         Price

  PHILADELPHIA PA 19102                  $0.58
  Zone-0 First-Class
  Letter
     1.30 oz.
  Return Rcpt (Green Card)               $2.15
  Certified                              $2.65
  Label #:          70060810000662816836
                                      ========
  Issue PVI:                             $5.38


  Total:                                 $5.38

  Paid by:
  Cash                                  $20.40
  Change Due:                          -$15.02

  Order stamps at USPS.com/shop or call
  1-800-Stamp24.  Go to USPS.com/clicknship
  to print shipping labels with postage.
  For other information call 1-800-ASK-USPS.

  Bill#: 1000202161153
  Clerk: 07

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
          Thank you for your business.
  ********************************************
  ********************************************
          HELP US SERVE YOU BETTER

      Go to: http://gx.gallup.com/pos

        TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

        YOUR OPINION COUNTS
  ********************************************
  ********************************************


              Customer Copy
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

PHILADELPHIA, PA 1....

| | |
|---|---|
| Postage | $ $0.58 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.38 |

NOV 15 2007

Sent To *Mr. G. D. Leathman, Esq., D.C.S.*
Street, Apt. No.; *Phila Law Dept City of Phila*
or PO Box No. *1515 Arch St 16 FL PLA PA 19102*
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0000 6628 1683



```
                    NICETOWN STATION
                PHILADELPHIA, Pennsylvania
                         191409998
                    4165410142 -0098
11/15/2007      (215)225-8373      03:39:56 PM
            ----------------------------------
                      Sales Receipt
Product              Sale  Unit          Final
Description          Qty   Price         Price

PHILADELPHIA PA 19102                     $0.58
Zone-0 First-Class
Letter
  1.30 oz.
Return Rcpt (Green Card)                  $2.15
Certified                                 $2.65
Label #:      70060810000662816836
                                       =========
Issue PVI:                                $5.38


Total:                                    $5.38

Paid by:
Cash                                     $20.40
Change Due:                             -$15.02

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000202161153
Clerk: 07

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
        Thank you for your business.
***************************************
***************************************
       HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
***************************************
***************************************


             Customer Copy
```

James
3742 N. 18th Street, rear
Philadelphia, Pennsylvania [19140]

CERTIFIED MAIL

7007 3490 0003 7418 3307

UNITED STATES
POSTAL SERVICE

0000        19981

U.S. POST
PAID
DOVER, DE
19901
NOV 24 '0
AMOUNT

$6.2
0002677

RETURN RECEIPT
REQUESTED

US District Court of Delaware
Office of the Clerk
Lock Box 18
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801