**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

07-763

RE: C.A.# _____

CASE CAPTION: Coppedge, J.   v.   Leatherman, J.

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received Nov. 29 2007    Signed: _James Coppedge 11-29-07_
by Plaintiff:                              Pro Se Plaintiff

Date Received 12/4/07    Signed: _Beth Piran_
by Clerk's office:                        Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

11/27/07
Date mailed

Bob C.
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04



FILED
DEC - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

0 7 - 7 6 3

RE:   C.A.#_____

CASE CAPTION: _____ v. _____

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received _11-30-07_   Signed: _[signature]_
by Plaintiff:                        Pro Se Plaintiff

Date Received _____  Signed: _____
by Clerk's office:                    Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_11/27/07_
Date mailed

_Bob C._
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04