AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 7 - 7 6 3 _____

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

FILED
DEC - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___11/27/07___
(Date forms issued)

X _James Coppedge_ 4-c 1-207 3-418
(Signature of Party or their Representative)

X _James Coppedge_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __07 - 7 6 3__

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__11/27/07__                     X _____
(Date forms issued)              (Signature of Party or their Representative)

                                 X _____
                                 (Printed name of Party or their Representative)

                                 *James Coppedge* (signature)

Note: Completed receipt will be filed in the Civil Action





**CERTIFIED MAIL**

7006 0810 0006 6281 6621

Mr. James Coppedge
PO Box 4482
Phila. PA 19140

U.S. District Court
Office of the Clerk
U.S. District Court
Lock Box 18
844 King Street
Wilmington DE 19801

U.S. POSTAGE PAID
PHILADELPHIA, PA 19140
NOV 30. 07
AMOUNT $5.21
00034164-17