Coppedge

Vs

Leatherman

Case # 07-763

Summons
Served



FILED

DEC 12 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Registered No. _____                              Date Stamp

| To Be Completed By Post Office | Reg. Fee | | | |
|---|---|---|---|---|
| | Handling Charge | $0.00 | Return Receipt | $2.15 |
| | Postage | | Restricted Delivery | |
| | Received by | | | |
| | Customer Must Declare Full Value $ | | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

DOVER DE 19901

DEC 06 2007

USPS

OFFICIAL USE

**FROM**
James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania 19140

**TO**
Gerald O. Leatherman, Esq.
City of Phila. Law Dept. 16th Fl.
1515 Arch St.
Phila., PA. 19102

PS Form **3806**,    **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

J. Coppedge
3742 n. 18 St. # 2 rear
Philadelphia, Pennsylvania 19140

WILMINGTON DE 197
07 DEC 2007 PM 2 L

U.S.
X-R

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

19801 3570 0012