Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

December 17, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT COURT OF DELAWARE
LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

**Case #: 07-763**

**RE: Affidavit of Service to GERALD D. LEATHERMAN, ESQUIRE**

To: The Clerk of U.S. Court:

This affidavit verifies the service of the summons to the GERALD D. LEATHERMAN, ESQUIRE, December 10, 2007, by Registered Mail insured for $25,000.00. Please see copy of the green card attached. If this service is not satisfactory please inform me as soon as possible.

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you.

COMMONWEALTH OF PENNSYLVANIA

Jurat

COUNTY OF PHILADELPHIA ss

On this 17th day of December, 2007, before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came, James Coppedge / Copedge Real Estate, LLC before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF SERVICE/SUMMONS for the GERALD D. LEATHERMAN, ESQUIRE, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

PO scanned

James Coppedge / Copedge Real Estate, LLC

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF PENNSYLVANIA, COUNTY OF PHILADELPHIA the day and year first above written.

Subscribed and sworn to me at PHILADELPHIA - PA before me this 17th day of DEC, A.D. 2007.

Notary Public JOHN T MELVIN
My Commission Expires: NOV 15, 2011
WITNESS my hand and official seal

Signature

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gerald D. Leatherman, Esq.
Deputy City Solicitor
City of Phila. Law Dept
1515 Arch Street 16th Flr
Phila, PA. 19102

2. Article Number
*(Transfer from service label)*

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X LAW DEPARTMENT ☐ Agent ☐ Addresse

B. Received by *(Printed Name)*

C. Date of Deliver
12/10/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-154

UNITED STATES POSTAL SE[RVICE]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania 19140



Registered No.

Date Stamp

| To Be Completed By Post Office | | |
|---|---|---|
| Reg. Fee | | |
| Handling Charge | Return Receipt | |
| Postage | Restricted Delivery | |
| Received by | | |
| Customer Must Declare Full Value $ | Domestic Insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse). | |

DOVER DE 19901 DEC 06 2007 USPS

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

TO: Gerald O. Leatherman, Esq.
City of Phila. Law Dept 16th Fl.
1515 Arch St.
Phila, PA 19102

PS Form **3806**, **Receipt for Registered Mail** *Copy 1 - Customer*
May 2007 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®


U.S. POSTAGE PAID
PHILADELPHIA,PA
19140
DEC 17,'07
AMOUNT
$5.38
00063497-07
19801
7006 0810 000
0345
U.S.M.S.
X-RAY
REQUESTED
3742 N. 18th St
Philadelphia, Pennsylvania 19140
Office of the Clerk
US District Court
Lock Box 18
844 King Street
Wilmington