IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GERALD D. LEATHERMAN, ESQ., DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT,<br><br>Defendant. | Case No.: 1:07-cv-00763-***-MPT |

### ENTRY OF APPEARANCE

Please enter the appearance of Michael R. Robinson of Saul Ewing LLP as counsel for Defendant Gerald D. Leatherman, Esq. This notice and entry of appearance is without waiver of any defenses of Mr. Leatherman to jurisdiction, venue, right to jury trial or any other procedural or substantive right.

Dated: January 2, 2008

SAUL EWING LLP

/s/ Michael R. Robinson
Michael R. Robinson (Bar No. 4452)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:   (302) 421-6800
Facsimile:    (302) 421-6813
Email: mrobinson@saul.com
*Counsel for Defendant Gerald D. Leatherman, Esq.*

554795.1 1/2/08

## **CERTIFICATE OF SERVICE**

I, Michael R. Robinson, hereby certify that on this 2nd day of January, 2008, I caused to be electronically filed a true and correct copy of the foregoing *Entry of Appearance on Behalf of Defendant Gerald D. Leatherman, Esq.* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA  19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA  19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:    (302) 421-6800
Email:    mrobinson@saul.com