United States District Court: District of Delaware

January 3, 2008

**Plaintiff**
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC/ Judgment Creditor - Plaintiff**
3742 N. 18th
Philadelphia, Pennsylvania, [19140]
215-913-1485

V.

**Defendant**
GERALD D. LEATHERMAN, ESQ.                    CLAIM NO: 07-763
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

### DEFAULT JUDGMENT

To the Office of the Clerk of Court:

Whereas the DEFENDANT has failed to comply with the order of the court to answer the complaint of the summons within 20 days, the plaintiff demands judgment by default be taken against the defendant for the relief demanded in the complaint of $100,000,00 (One Hundred Thousand US Dollars).

Signed: _____
James Coppedge, CRE, LLC

RECEIVED
JAN - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATION OF NON-RESPONSE

I, _____, a legal Sovereign American Citizen
    James Coppedge      do hereby certify and affirm that I
have received no response to the
Summons ordered by the court in a
Civil Action case, case #07-763,
United States District Court
Delaware served to GERALD
D. LEATHERMAN, ESQUIRE on
December 10, 2007 by Registered
Mail as of this 2nd day of January
2008.

WITNESS my hand and official seal.

_____
Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Private and non-negotiable between the parties

