

**SAUL EWING**
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

January 14, 2008

**VIA E-FILE & HAND DELIVERY**
Honorable U.S. Magistrate Judge Mary Pat Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    *Coppedge v. Leatherman*, Case No. 1:07-cv-00763-***-MPT

Dear Judge Thynge:

    I write on behalf of defendant Gerald D. Leatherman, Esq. ("Mr. Leatherman") in opposition to plaintiff James Coppedge's Request for Default Judgment which was filed on January 8, 2008 (D.I. 11.) Entry of default judgment would not be appropriate in this matter as Mr. Leatherman complied with the Court's rules. Mr. Leatherman was served with the complaint in this action on December 10, 2007. (D.I. 7). His response was thus due twenty days later – or December 30, 2007. Fed. R. Civ. P. 12. December 30, however, was a Sunday. The following two days – December 31, 2007 and January 1, 2008 – the Court was closed for the New Year's Holiday. Thus, Mr. Leatherman's response was due January 2, 2008. The Court's docket, itself, evidenced this requirement. (*See* D.I. 7). Mr. Leatherman did, in fact, file his response on January 2, 2008. (D.I. 9 and 10).

    Mr. Leatherman sincerely hopes that Mr. Coppedge will, upon receipt of this letter, withdraw his Request and not cause Mr. Leatherman to expend his valuable resources defending against it. If he fails to do so, Mr. Leatherman respectfully requests that the Request should be denied. As always, I am available at the Court's convenience if Your Honor has any questions.

                          Respectfully,

                          Michael R. Robinson (No. 4465)

cc:    Mr. James Coppedge (Via First Class U.S. Mail)