IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF : <br> COPPEDGE REAL ESTATE, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : C. A. No. 07-763-*** <br> : <br> GERALD D. LEATHERMAN, ESQUIRE, : <br> DEPUTY CITY SOLICITOR, CITY OF : <br> PHILADELPHIA, PENNSYLVANIA LAW : <br> DEPARTMENT, : <br> : <br> Defendant. : | |

## ORDER

At Wilmington this **15th** day of **January, 2008**.

Plaintiff filed a motion for default judgment allegedly because defendant failed to timely respond to the complaint within the twenty day period. Plaintiff's motion was filed on January 8, 2008 (D.I. 11). According to the record in this matter, defendant was served with the complaint on December 10, 2007 which, under Federal Rule Civil Procedure ("FRCP") 12, made his responsive pleading due on December 30, 2007. That day was a Sunday. Under the Federal Rules, when the last day of the period of time under a Rule ends on a Saturday, Sunday or holiday, it is not computed in the time period. *See* FRCP 6. During the two days following the due date for the filing of a responsive pleading, that is, December 31 and January 1, 2008, the Court was closed for the New Year's holiday. As a result, defendant's response was due on January 2, 2008. On January 2, 2008,

defendant filed motions to dismiss for lack of subject matter and personal jurisdiction, improper venue and for failure to state a claim. Such motions are considered responsive pleadings. See FRCP 12. Therefore,

        IT IS ORDERED that plaintiff's motion for default (D.I. 11) is DENIED.

        /s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE