UNITED STATES DISTRICT OF DELAWARE



**Plaintiff**
**James Coppedge on behalf of**
   **Coppedge Real Estate, LLC**
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

Vs.                                                                              January 16, 2008

DEFENDANT
GERALD D. LEATHERMAN, ESQ.                               Case #: 07-763

DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA 19102

Dear Honorable Magistrate Judge Thynge:

### AFFIDAVIT
### denying all defendants frivolous motions
### and demand of judgment with first hand knowledge with
### Notary Certification.

I the Judgment Creditor, **James Coppedge** do hereby with overwhelming actual facts denies all future motions and pleas from the DEFENDANT(S) pursuant to the irrevocable obligations of contracts under Title 9 USC Sections 1,2,4 & 13 the defendants ESQURES letter is denied with prejudice. The claimant due to his omissions to answer affidavits nor affidavit of complaint, he is liable under the terms of the conditions under the original default with the notary certification and the twenty days the courts allowed him, he is fully irrevocably liable under Title 9 USC Sections 13 not limited to Rules 54 & 55 on a $100,000.00 (One Hundred Thousand Dollar) debt.

ESQUIRE GERALD D. LEATHERMAN knowing and willingly circumvented collections of the $10,000,000,000.00 (Ten Million) US Dollar debt the CITY owes on December 6, 2007 where he enlisted me into a military venue jurisdiction violating Article 83 and Rules 202 of the UMCJ. He is held liable under Title 42 1981 (B) as well as 1983, 198671994 *"ignorance of the laws is no excuse" especially for ESQUIRES who are deemed to know the laws"*.

Whereas he received the original Treatise Affidavit of Negative Averment and the Bill of Peace on October 5, 2007 and defaulted on October 8, 2007. The Notary certified the Non Response of November 15, 2007, note outstanding **38** days later. The defendants were given extraordinary lengths of time and have yet to rebuttal the facts in the "Affidavit of Stipulation of Monetary Judgment" he was again given another extraordinary 20 days to answer the summons on December 10, 2007 which he received. He defaulted December 31, 2007 still circumventing the facts of the Affidavits.

ESQUIRE GERALD D. LEATHERMAN never properly responded and will be held to the letter of the contract. I will not accept any more lame excuses from him or anyone else, **a contract is a contract.**

**FACT UNREBUTTED**

ESQUIRE GERALD D. LEATHERMAN is late and was late and has no ground for relief whatsoever. The ESQUIRES defending the attorneys has seventy two (72) hours to rebut these facts point for point. Failure to do so constitutes the Treaties Breach and Willful Neglect Breach of an International Treaties. They agreed to do so by silence granting a permanent injunction to cease and desist all fillings by any interference by any ESQUIRE on behalf of any DEFENDANT pertaining to any Civil Action listed **James Coppedge** vs. the CITY OF PHILADELPHIA ET AL ESQUIRES known or unknown in the CITY OF PHILADELPHIA PENNSYLVANIA REPUBLIC.

*James Coppedge* on behalf of
**Coppedge Real Estate, LLC**

STATE OF DELAWARE

COUNTY OF KENT                    ss

Jurat

On this ___16^{TH}___ day of January 2008, before me, a Notary Public of the State of Delaware in and for the County of Kent came, **James Coppedge / Coppedge Real Estate, LLC** before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF **Affidavit denying all defendants frivolous motions and demand of judgment with first hand knowledge with Notary Certification** for the GERALD D. LEATHERMAN, ESQUIRE, and as he acknowledge this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF DELAWARE, COUNTY OF KENT the day and year first above written.

Subscribed and sworn to me at ___DOVER___ - ___DELAWARE___ before me this ___16^{TH}___ day of ___JANUARY___, A.D. 2008.

Notary Public _____
My Commission Expires: ___09-06-11___
WITNESS my hand and official
seal _____
Signature
BENJAMIN T. GARRETT

Page 3 of 3

# CORRECTED COPY
(December 28, 2007)

*[handwritten annotation: Filed w/ Dept. of State PA w/ Changes]*

Coppedge Real Estate, LLC / James Coppedge
3742 N. 18th Street
Philadelphia, Pennsylvania [19140]

December 26, 2007

OFFICE OF PROTHONOTARY
STEPHEN E. FARINA
C/o: **KIMBERLY A. WEBB, 2ND DEPUTY**
FRONT & MARKET STREETS
HARRISBURG, PA 17101

**RE: CIVIL RIGHTS COMPLAINT**

Dear Mr. Farina:

In reference to your letter dated December 20, 2007 to me in response to my documents dated November 19, 2007 to your office. This letter is an affidavit of civil complaint pursuant to Title 42 U.S.C. 1981 (B) and 1983 and 1986. Your office is requested to serve as a witness to the breach of contract and agreement presented in affidavits at the hearing on December 6, 2007. Attorney Ruth D. Dunnewold served as the hearing officer for the Department of State reference my Department of State acknowledged UCC1 and Certification. This was illegally challenged by the de facto CITY OF PHILADELPHIA. Attorney Dunnewold ignored most affidavits presented to her in addition to her own non-response affidavit which she failed to answer, which should have dismissed the entire hearing.

The attached documents are enclosed to be filed:

1). AFFIDAVIT OF INVOLUNTARY FALSE MUSTER INTO MILITARY AUTHORITY AND MONOTARY LIABILITY OF THE COMMONWEALTH OF PENNSYLVANIA WITH MONOTARY LIABILITY OF ESQUIRES DUNNEWOLD AND LEATHERMAN UMCJ RULE 202 REPRISALS

2). AFFIDAVIT OF TRUTH (Verifying that I am not in the military and have not been recruited by the military as of December 6, 2007)
The hearing should have been dismissed for placing me under military control of a foreign government flag. Motion was denied.

3). AFFIDAVITS IGNORED BY THE HEARING OFFICER WERE ACKNOWLEDGED BY FEDERAL COURT AS NECESSARY FOR RESPONSE:

Page 1 of 4

1. AFFIDAVITS OF SERVICE FOR THE CITY OF PHILADELPHIA
2. SUMMONS IN A CIVIL CASE # 07-684 (ACCEPTED BY STATE)
3. AFFIDAVIT OF SERVICE FOR GERALD D. LEATHERMAN, ESQUIRE, CASE # 07-763.

4). LETTER TO DEPARTMENT OF STATE PROTHONOTARY, DATED 12/22/07. (AFFIDAVIT OF BREACH OF DEFAULT CONDITIONS DUTY & OBLIGATIONS OF CONTRACT BY NEGLIGENCE & MALPRACTICE THROUGH ARBITRARY CAPRICIOUS ESQURES DUNNEWOLD & LEATHERMAN).

5). SUMMONS TO FOLLOW

6). AFFIDAVIT OF DEPRIVATION OF CONTRACT RIGHTS PURSUANT TO TITLE 42 1981 (B) MALPRACTICE & BREACH OF CONTRACT BREACH OF DUTY AND BREACH OF PERFORMANCE OF SETTLEMENT OF $10,000,000.00 COMPLAINT. (*See Attachment…Corrected Copy, Dec. 28, 2007*)

Enclosed is a filing fee as specified for the above mentioned transactions of $117.00 (money order).

*[signature]*
James Coppedge /
Copedge Real Estate, LLC


Cc: GERALD D. LEATHER, ESQUIRE


*[signature]*
NOTARY PUBLIC
COM EXP
09-06-11

*[signature]* James Coppedge
12-25-07

Coppedge Real Estate, LLC /
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

## CORRECTED COPY
(December 28, 2007)

6).   Affidavit of deprivation of contract rights pursuant to Title 42 1981(b) malpractice & breach of contract breach of duty & breach of performance of settlement of $10,000,000.00 complaint

**Fact One**
   James Coppedge is not enlisted into the armed forces as of December 6, 2007 and will swear before congress this fact.

**Fact Two**
   James Coppedge was deceived & tricked by the STATE & CITY OF PHILADELPHIA esquires RUTH D. DUNNEWOLD, ESQUIRE and GERALD D. LEATHERMAN, ESQUIRE on December 6, 2007 to enlist into a military court under a military flag red & white blue with yellow fringes. Thereby committing malpractice misusing the adjudication hearing improperly in a military venue unfriendly to civilian populations

**Fact Three**
   James Coppedge has a valid International Irrevocable Contract in which the esquires of the CITY OF PHILADELPHIA has an obligation to pay $10,000,000.00 (Ten Million US Dollars) according to the affidavits not rebutted by the CITY OF PHILADELPHIA esquires within the time period of the stipulations which has not been carried out to the letter

**Fact Four**
   The Contracts will stand as irrevocable until paid in full by the said esquire appointed to pay the contracts are still un-rebutted and all stipulations attached to the affidavits are factual genuine irrevocable evidence admissible into international laws of contracts via the United Nations if necessary

**Fact Five**
   All esquires who has knowledge of all affidavits sent out dishonoring agreement and failed to perform the obligation of contracts. They maliciously & willfully misrepresented the facts of the affidavit contracts by circumventing the factual issues the affidavits stipulated which has caused serious damage to the aggrieved party's collection rights by avoiding the issues of the facts, they cannot contend without implementing themselves thru breaching the oaths they swore to protect.

All statements are true correct and factually complete with first hand knowledge
The esquires RUTH D. DUNNEWOLD, ESQUIRE and GERALD D. LEATHERMAN, ESQUIRE must rebut this affidavit as well within 72 hours, failure will constitute a financial liability in the amount of $100,000 each; and forfeiture of any relief by any other attorney the facts will stand irrevocable and enforceable under International Laws via the United Nation or any other international body available.

Before me came <u>JAMES COPPEDGE</u> a claimant in this affidavit and who has satisfactory evidence of his identity

notary seal

*B. T. Cruitt*
NOTARY PUBLIC
COM EXP
09-06-11

*[signature] 2-25-07*

Coppedge Real Estate, LLC!
James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

Page 4 of 4

AFFIDAVIT OF INVOLUNTARY FALSE MUSTER INTO MILITARY AUTHORITY AND MONETARY LIABILITY OF THE COMMONWEALTH OF PENNSYLVANIA WITH MONETARY LIABILITY OF ESQUIRES DUNNEWOLD AND LEATHERMAN UMCJ RULE 202 REPRISALS

Point one On December the 6th 2007 room ____ under disguise of a common law adjudication conference to settle ten million dollar admiralty commercial contract award lien Judgment against the City of Philadelphia et al in Harrisburg. Esquires Dunnewold and Leatherman falsely with malicious intent did circumvent the irrevocable monetary lien Judgment adjudication against the City of Philadelphia by holding a military hearing under a military flag Red white and blue with yellow fringes on irrelovant frivolous babbling **contrary to the issues of settlement** on a civilian James Coppedge who is was and also will be **under the flag of peace not the flag of war in which they had callously used**.

Point two James Coppedge is not an cadet or private nor has he VOLUNTARY enlisted into the U.S. armed forces this encludes army, navy, airforce, marines or national guard under rules 201 under the UMCJ. Whereas esquires Ruth Dunnewold and James Leatherman has intentionally & illegally enlisted James Coppedge into the armed forces violating article 83 of the UMCJ rule 202 to circumvent the facts of the admiralty monetary lien Judgment against the CITY OF PHILADELPHIA et al.

Point Three James Coppedge is under the flag of peace red white and blue without fringes.which was not present in defacto hearing room _____ on December 6th 2007 in Harrisburg PA. These facts are true correct complete unrebuttable.

TERMS AND CONDITIONS ARE IRREVOCABLE
Esquires Dunnewold and Leatherman must rebut these facts in 72 hours point for point ignoring affidavits constitutes default breach ,failure will constitute full liability of monetary judgment without delays against both Esquires in the amounts of $100,000 in the applicable collection method chosen by the aggrieved party James Coppedge not limited to military breach of oath under article 6 of the constitution of the united states 1791 which will be turned over to the Provost Marshal for reprisals for violating article 83 rule 202 false muster on a civilian into military jurisdiction attaching $500,000 Monetary Judgment for redress of grievance on the Commonwealth of Pennsylvania for conspiracy to prevent James Coppedge from collecting on rightful contract judgment against the city of Philadelphia which still owes the outstanding amount of $10,000,000.00.on December 6th 2007 which by silence validates all default terms of this affidavit and all other affidavits that follows mutually constituting factual irrevocable evidence under Title 9 usca applicable codes or admiralty maritime awards under international laws.

*[signatures]*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
REGINALD TOPP Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 11, 2010

December 18, 2007

CC: G.D Leatherman

## CERTIFICATION OF NON-RESPONSE

I, JOHN T MELVIN, a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC / James Coppedge from **MARTHA BROWN, CHIEF COUNCIL, ESQUIRE, DEPARTMENT OF STATE, HARRISBURGH, PA nor from any** other **DEPARTMENT OF STATE REPRESENTATIVE** in regards to the Affidavit of Special Negative Averment and Bill of Peace pertaining to the hearing set forth by the DEPARTMENT OF STATE on on this __6__ day of December 2007.

---

WITNESS my hand and official seal.

_____
Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

Affidavit of witness of non enlistment into the armed forces

Dear Army Navy Airforce Marines or Coast Guard provost marshal Recruiter officer in the District of North Philadelphia County

For I James Coppedge have been recently coersed in an military venue as claimant yet treated like defandant by two esquires who falsely enlisted me into military court baring the red white and blue flag with gold fringes which is the flag of War, under the authority of the commanding chief of the armed forces of the United States of America. I James Coppedge a civilian in peace need an notarized statements pursuant to the U.M.C.J. rule 201 from a recruiter officer confirming that I am not an cadet in any armed forces pertaining to enlistment papers into the armed forces, please notify me in writing with the correct answers which will be sent to the provost marshal clearing me plenary of any military false muster violations under article 83 of the U.M.C.J. While under extreme duress caused by esquires Dunnwold and Leatherman December 6TH ,2007

MY NAMES IS JAMES COPPEDGE
MY SOCIAL SECURITY NUMBER IS

# AFFIDAVIT OF TRUTH

I the undersigned do personally affirm that I am sixty three years old (63). I am not enlisted in the military, nor have I been recruited for the military as of this date December 6, 2007.

This statement is true and correct without anything being false or misleading, and I am of sound mind and body.

*(signed)* James Coppedge, L.S.

James Coppedge, L.S.
UCC3-419, 1-207 (27) (35)

Date: 12/19/07

Jurat

State of Pennsylvania  )
                       ) ss.
County of Philadelpia  )

Subscribed and sworn to at __PHILADELPHIA, PA__ before me this __19th__ day of __DEC__, A.D. 2007.

Notary public __JOHN T MELVIN__
My Commission Expire __NOV 15, 2011__
WITNESS my hand and official seal

*(signed)*

Signatures

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

*Private and non-negotiable between the parties*

Affidavit of breach of default conditions duty & obligations of contract by negligence
& malpractice thru arbitrary capricious esquires dunnewold & leatherman

Fact one esquires Ruth D, Dunnewold & Gerald D.Leatherman owes a duty under admiralty and maritime contracts on behalf of the city of philadelphia and state of pennsylvania to answer the affidavits in which they have received and have knowledge of the terms and conditions which resulted in a monetary judgment against the city of Philadelphia via its esquires and employees multiplicity of actions of torts, neglect conversion breach of duties and performances etc. On December 6 st 2007 at a purported adjudication hearing. Dunnewold and Leatherman knowingly neglecting their duty& obligation to issue payment on the overdue MONOTARY JUDGMENT in the amount of $10,000,000.00 because they cannot handle the facts or the issues in the affidavits. They circumvented the stipulations by attempting to seduce the claimant into a military court under disquise of an adjudication hearing on the only matter of settlement of the outstanding debt nothing else since the affidavits were never rebutted it stands as the truth with the facts that all acts by the city of Philadelphia license and inspections board of review were in fact fraudulent, null void, ultra vires under color of office in a private conspiracy to use the l&I board of review to engage in an RICO activities via codes violation and threats use of legal proceedures to acquire and maintain control to deprive the aggrieved claimant James Coppedge of his equal rights under the obligation of contracts PROTECTED UNDER TITLE 42 1981 (B) .they continue to prevent the claimant from protecting his properties and enforce his rights to collect on a overdue contract in which the cities esquire has failed to answer leaving full liability on the city of Philadelphia without in questions.

Fact two esquires has a monopoly over the administration of adjudication and callously hates non bar members who they will rule against everything they have because they cannot get an 40% cut of the monies the claimants has earned and they don't want people to under stands contracts and collection on those obligations without their conflict of law and conflict of interest whereas esquires Dunnnewold & Leather are dishonorable in their dealing & are fully liable for breach of duty breach of obligation and will be held to the letter of all terms conditions & stipulation under obligations of contracts in the amount of $100,000 apiece under title 9 usc applications section which are irrevocable this lien will be attach to their assets or whatever properties they own individually will be turned over as forfeited properties until they offer a valid monetary settlement agreeable to the claimant James Coppedge.

All statements in this affidavit are true complete and not misleading irrevocable actual factual admissible in any admiralty maritime administrative adjudicative in the world

ucc -1- 207(27)(35)

Before me came the aggrieved /claimant _____ ucc 3-419, with satisfactory evidence of the said "affidavit of breach of default conditions duty & obligations of contract by negligence & malpractice by arbitraly capricious on esquires dunnewold & leatherman"

COM EXP
09-06-11

ON THIS 22nd DAY OF DECEMBER, 2007
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

## CERTIFICATION OF NON-RESPONSE

I, _James Coppedge_, **James Coppedge**, a legal Sovereign, do hereby certify and affirm on behalf of **Coppedge Real Estate, LLC** that I have received no response from the following:

1). ESQUIRES FOR THE STATE OF PENNSYLVANIA AND CITY OF PHILADELPHIA SOLICITORS from AFFIDAVIT OF INVOLUNTARY FALSE MUSTER INTO MILITARY AUTHORITY AND MONOTARY LIABILITY OF THE COMMONWEALTH OF PENNSYLVANIA WITH MONOTARY LIABILITY OF ESQUIRES DUNNEWOLD AND LEATHERMAN UMCJ RULE 202 REPRISALS

2) AFFIDAVIT OF BREACH OF DEFAULT CONDITIONS DUTY & OBLIGATIONS OF CONTRACT BY NEGLIGENCE & MALPRACTICE THROUGH ARBITRARY CAPRICIOUS ESQURES DUNNEWOLD & LEATHERMAN.

3) AFFIDAVIT OF DEPRIVATION OF CONTRACT RIGHTS PURSUANT TO TITLE 42 1981 (B) MALPRACTICE & BREACH OF CONTRACT BREACH OF DUTY AND BREACH OF PERFORMANCE OF SETTLEMENT OF $10,000,000.00 COMPLAINT AGAINST THE PENNSYLVANIA DEPARTMENT OF STATE, ESQUIRES RUTH D. DUNNEWOLD, MARTHA BROWN, CHIEF COUNCIL, GERALD D. LEATHERMAN on this \17th\ day of January 2008.

WITNESS my hand and official seal.

_____
Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15, 2011

