IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-684-*** |
| CITY OF PHILADELPHIA, | : : : | |
| Defendant. | : : | |
| _____ | : : | |
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | : : : | |
| Plaintiff, | : : | |
| v. | : : | C. A. No. 07-763-*** |
| GERALD D. LEATHERMAN, ESQUIRE, DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT, | : : : : : | |
| Defendant. | : | |

## ORDER

At Wilmington this **7th** day of **February, 2008**.

IT IS ORDERED that the Rule 16 scheduling teleconference in the above matters scheduled for Tuesday, February 12, 2008 at 9:00 a.m. with Judge Thynge are cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


                                              /s/ Mary Pat Thynge  
                                              UNITED STATES MAGISTRATE JUDGE