# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

February 25, 2008

Plaintiff
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC**
**3742 N. 18th**
**Philadelphia, Pennsylvania, [19140]**

**V.**

Defendant
GERALD D. LEATHERMAN, ESQUIRES
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, LAW DEPARTMENT
1515 ARCH STREET, 16th FLOOR
PHILADELPHIA, PENNSYLVANIA 19102

CASE NO.: 07-763

The Honorable Judge Gregory M. Sleet
US District Court
844 King Street
Lockbox 18
Wilmington, DE 19801

FILED
MAR - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AFFIDAVIT**
**OF DESCEPTIVE NON-DISCLOSURE LETTERS**
**BY THE DEFENDANTS ESQUIRES**

Dear Judge Sleet:

The enclosed letters, I'm sure have not been disclosed to the Court neither to you, because they disapprove of the accusations that ATTORNEY LEATHERMAN has stated. These letters are being submitted to you at this time as **proof of evidence** to show that the Plaintiff, **James Coppedge/Coppedge Real Estate, LLC** is the one **WHO HAS INDEED BEEN AND SUFFERED, DISCRIMINATION ACTS, HARRASSMENT, THREATS, TORTURED AND DEPRIVED OF HIS RIGHTS SINCE 1997.**

# IN THE STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

February 25, 2008

Plaintiff
**James Coppedge on behalf of**
**Coppedge Real Estate, LLC**
**3742 N. 18th**
**Philadelphia, Pennsylvania, [19140]**

**V.**

Defendant
GERALD D. LEATHERMAN, ESQUIRES                    CASE NO.: 07-763
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, LAW DEPARTMENT
1515 ARCH STREET, 16th FLOOR
PHILADELPHIA, PENNSYLVANIA 19102

The Honorable Judge Gregory M. Sleet
US District Court
844 King Street
Lockbox 18
Wilmington, DE

## AFFIDAVIT

## OF DESCEPTIVE NON-DISCLOSURE LETTERS BY THE DEFENDANTS

### ESQUIRES

Dear Judge Sleet:

The enclosed letters, I'm sure have not been disclosed to the Court neither to you,

because they disapprove of the accusations that ATTORNEY LEATHERMAN has

stated. These letters are being submitted to you at this time as **proof of evidence** to show

that the Plaintiff, **James Coppedge/Coppedge Real Estate, LLC** is the one **WHO HAS**

**INDEED BEEN AND SUFFERED, DISCRIMINATION ACTS, HARRASSMENT,**

**THREATS, TORTURED AND DEPRIVED OF HIS RIGHTS SINCE 1997.**

In **FACT** ALL ESQUIRES in this particular matter working together in a private conspiracy within a twelve month period under Title 42 Section 1981 (b) 1983, 1986 & 1994 not limited to 2000a 1, 2-3 3,4,5,6,7,8,9 2000 b-2, these crimes against the Petitioner involves breach of duty, breach of obligation, breach of performance, breach of settlement, malpractice, conflict of law, conflict of interest, and conversion. Also, these crimes against the Plaintiff do not include the 12 months of legal trample of Petitioners Rights, Liberty, Interest, Privacy, Well Being, Security and Immunity.    IN FACT, According to RULE 9 (b) THE CITY OF PHILADELPHIA, VIA ITS AGENTS AND ESQUIRES HAVE/DID COMMITTED FRAUD BY TRYING TO CRIMINALLY PROSECUTE A VICTIM BY RETALIATION BECAUSE THE PLAINTIFF HAS PROVEN CONSPIRACY OF BREACH OF CONTRACT, MALPRACTICE, HARRASSMENT, ABUSE OF POWER, UNLAWFUL BILLING, THREAT OF SEIZURE OF PROPERTY AND DISCRIMINATION AND ALL OF THE ABOVED FOREMENTIONED; in this particular matter working together in a private conspiracy within a twelve month period under Title 42 Section 1981 (b) 1983, 1986 & 1994, not limited to 2000a 1, 2-3 3,4,5,6,7,8,9 2000 b-2.    Again, I reiterate; that these crimes against the Petitioner involves Breach of Duty, Breach of Obligation, Breach of Performance, Breach of Settlement, Malpractice, Conflict of Law, Conflict of Interest, and Conversion.

Case laws to be considered as a claim includes the following cases:  Invidiously, discrimination, class base animus, Rowe vs. Tennessee 1977 431 Federal Supplemental 1257 for political motivations Grimes vs. Smith [1985]776 F 2d 1359, Cameron vs. Brock [1973] 473 F 2d 608 by ostensibly Government Action Gemini Enterprises vs. WFMY, [1979] 470 Federal Supplemental 559.

Therefore, Honorable Judge Sleet, I am humbly requesting that you rule in my

favor, and command arbitration and settlement immediately with all parties concerned.

Please reference case numbers: 07-684, 07-846 & 07-763

Again, please review the attached documents under Exhibit B.

Respectfully in Christ,

James Coppedge

**Any man or woman desiring to rebut this Affidavit and disprove the facts herein must rebut this Affidavit within three calendar (3) days of receipt or be in default thereof. Said default establishes on the record the confession and consent of judgment by every man and woman acting adversely concerning this document.**

**Mail any responses rebutting to the following address:**

BENJAMIN T. GARRETT
251 N. DUPONT HWY
DOVER  DELAWARE  19901

STATE OF DELAWARE

COUNTY OF KENT                    SS

Jurat

On this ___28TH___ day of February, 2008, before me, a Notary Public of the State of Delaware in and for the County of Kent came, **James Coppedge / Coppedge Real Estate, LLC** before me personally known to be the JUDGMENT CREDITOR who is executing this AFFIDAVIT OF DESCEPTIVE NON-DISCLOSURE LETTERS BY THE DEFENDANTS ESQUIRES, DATED: FEBRUARY 25, 2008, and as he acknowledges this execution the same, and his signature is duly affixed by the authority of his Sacred, Risen Savior, Jesus Christ.

_____ **James Coppedge / Coppedge Real Estate, LLC**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal of the STATE OF DELAWARE, COUNTY OF KENT the day and year first above written.

Subscribed and sworn to me at ____DOVER____ - _DELAWARE_ before me this _28TH_ day of _FEBRUARY_, A.D. 2008.

Notary Public _BENJAMIN T. GARRETT_
My Commission Expires: _09-06-11_
WITNESS my hand and official seal

_____
Signature

# EXHIBIT 4A

**1).    Documents from my 1st Attorney, Faye R. Cohen's Office per:  Attorney, James Cushings to L&I.**

*(This exhibit will provide you with information concerning court orders about violations which L&I refused to discharge for no valid ~~valid~~ reason other than discrimination, harassment and political oppression).*

*Letter from Attorney James Cushings showing how <u>he eventually took sides with License & Inspection Code Enforcement Unit</u>, following the January 26, 2007 letter is my rebuttal dated, January 29, 2007.*

*Termination Notice: of Attorney, Faye R. Cohen's Office Services pertaining to my case.*

# Law Office of Faye Riva Cohen, P.C.

### 2047 Locust Street
### Philadelphia, PA 19103
### Phone: (215) 563-7776; Fax: (215) 563-9996

## FACSIMILE TRANSMITTAL SHEET

| To: Angelo Torres, Inspector | FROM: James W. Cushing, Esquire |
|---|---|
| | DATE: June 14, 2006 |
| FAX NUMBER: 215-685-3734 | PAGES INCLUDING COVER: (2) |
| PHONE NUMBER: 215-685-3780 | SENDER'S REFERENCE NUMBER: |
| RE: 3837 N. Bouvier Street; CE-05-09-32-0053 | YOUR REFERENCE NO. |

☐ URGENT    FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

Dear Mr. Torres:

      A hearing was held this morning to address the violation alleged against the above captioned property. The hearing resulted in L&I's claim being withdrawn and vacated. As per the representations made by the L&I representative at said hearing, please close out the violation(s) currently against this property. In addition, when you do so, please inform this office in writing of same.

      Attached to this facsimile for your review is the Affidavit of Residency requested by L&I. Ms. Claire Daniels was supposed to have picked up said Affidavit however she failed to do so. I am issuing you the attached Affidavit at the instruction of the L&I representative present at the aforementioned hearing who represented that you, or someone in your office, requested that I issue you the Affidavit via facsimile in order to ensure the violation(s) is(are) closed by L&I.

      Thank you for your consideration in this matter.

Very truly yours,

James W. Cushing, Esquire

The information contained in this facsimile message is attorney privileged work product and confidential information intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Law Office of Faye Riva Cohen, P.C.

### 2047 Locust Street
### Philadelphia, PA 19103
### Phone: (215) 563-7776; Fax: (215) 563-9996

## FACSIMILE TRANSMITTAL SHEET

| To: Angelo Torres, Inspector | FROM: James W. Cushing, Esquire |
|---|---|
| | DATE: June 20, 2006 |
| FAX NUMBER: 215-685-3734 | PAGES INCLUDING COVER: (7) |
| PHONE NUMBER: 215-685-3780 | SENDER'S REFERENCE NUMBER: |
| RE: 3837 N. Bouvier Street; CE-05-09-32-0053 and 3737 N. 18th Street, CE-05-09-32-0045 | YOUR REFERENCE NO. |

☐ URGENT   FOR REVIEW   ☐ PLEASE COMMENT   X PLEASE REPLY   ☐ PLEASE RECYCLE

Dear Ms. Daniels:

My client, James Coppedge, has just received a Notice of Violation from your office for the property located at 3737 N. 18th Street (CE-05-09-32-0045). Said Notice is attached hereto for your review. **As you know, this matter was disposed of at a hearing held on May 17, 2006 – all violations were withdrawn**. The docket entries for said matter are attached hereto for your review. **Please note the entry of L&I's withdrawal without prejudice on the line for May 17, 2006. Consequently, please *immediately* update your records and discontinue issuing my clients incorrect violation notices.** In addition, please *immediately* send this office written confirmation that L&I's has closed this matter.

Attached also are the docket entries for the property located at 3837 N. Bouvier Street (CE-05-09-32-0053). **On June 14, 2006 a hearing was held during which L&I withdrew its claims against the property. Please note the entry of withdrawal without prejudice for June 14, 2006 to evidence same.** On the same day I issued a facsimile to your office requesting that your office send this office written confirmation that L&I has closed this matter. **I have received no response whatsoever.** Per your receipt of the instant facsimile, please *immediately* send this office written confirmation that L&I's has closed this matter.

Thank you for your consideration in this matter; I anticipate your prompt cooperation.

Very truly yours,

James W. Cushing, Esquire

The information contained in this facsimile message is attorney privileged work product and confidential information intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Law Office of Faye Riva Cohen, P.C.

### 2047 Locust Street
### Philadelphia, PA 19103
### Phone: (215) 563-7776; Fax: (215) 563-9996

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **To: Leslie Fields** | FROM: James W. Cushing, Esquire |
| **FAX NUMBER: 215-685-3734** | DATE: July 25, 2006 |
| PHONE NUMBER: 215-685-3780 | PAGES INCLUDING COVER: (3) |
| *RE: 3738 N. BOUVIER STREET; CE-05-09-32-0053* | SENDER'S REFERENCE NUMBER: |

☐ URGENT   FOR REVIEW   ☐ PLEASE COMMENT   X PLEASE REPLY   ☐ PLEASE RECYCLE

Dear Ms. Fields:

I spoke to you moments ago regarding 3738 N. Bouvier Street. As I expressed to you, for several weeks I have been calling and sending facsimiles to Mr. Torres, Ms. Daniels, and yourself requesting that violation for the above captioned property be closed. The Municipal Court of Philadelphia on June 14, 2006 ruled that the violation was withdrawn; the docket entries for same have been attached hereto for your review. This is at least the *third* time I have faxed these docket entries to your office expressing my concerns. Despite my regular and consistent contact with your office, absolutely *nothing* has been done, let alone accomplished. This is unacceptable.

L&I cannot continue to cite an innocent party with violations that *have been proven in a court of law to be unfounded*. Therefore, I request that the case against this property to be closed *immediately* – considering the length of time and regularity of my contact with your office, there is no excuse for continued delay.

I spoke with Ms. Daniels about this matter on July 14, 2006. Although she refuses to abide by the ruling of the Court, she indicated that Mr. Torres would return from his vacation on July 24, 2006 and resolve this matter. As a courtesy to her I did not call again until this morning. However, when I called this morning I was again told that Mr. Torres was on vacation. I was initially told his vacation was a one (1) week vacation; when I spoke with Ms. Daniels on July 14, 2006 it turned into a two (2) week vacation. When I contacted Ms. Daniels *this* morning, she informed me that he is now on a three (3) week vacation. I am not sure what is happening with Mr. Torres, either no one in your office has any idea when he is on vacation or he and your office are specifically avoiding speaking with me and addressing this situation, opting to tell me he is on vacation rather than put me through to him.

At present, Ms. Daniels refuses to close out this matter (or at least facilitate it), consistently saying "I know what I saw," in direct contradiction and finding of the Court. In fact, after attempting to discuss the matter with her today, she literally *hung up on me* mid-sentence, mid-conversation, absolutely refusing to abide by the ruling of the Court. If the above is not done, I will strongly advise my client to pursue a Writ of Mandamus and a Motion for Contempt of Court against you and L&I to cease and desist harassing my client, James Coppedge, and for blatantly ignoring the Judge Presenza's Court's order withdrawing this matter, as well as pursue a 1983 claim against same.

Thank you for your consideration in this matter; I anticipate your prompt cooperation.

Very truly yours,

James W. Cushing, Esquire

The information contained in this facsimile message is attorney privileged work product and confidential information intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Law Office of Faye Riva Cohen, P.C.

### 2047 Locust Street
### Philadelphia, PA 19103
### Phone: (215) 563-7776; Fax: (215) 563-9996

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **To: Deputy Commissioner Dominic Verdi** | FROM: James W. Cushing, Esquire |
| **FAX NUMBER: 215-685-3733** | DATE: July 2?, 2006 |
| **PHONE NUMBER: 215-685-3730** | PAGES INCLUDING COVER: (4) |
| **RE: 3738 N. BOUVIER STREET; CE-05-09-32-0053** | SENDER'S REFERENCE NUMBER: |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☒ PLEASE REPLY ☐ PLEASE RECYCLE

Dear Mr. Verdi:

Allow me to apologize for contacting you over this issue as I am sure you are a very busy man, however I am seeking you as a last resort to resolve this problem. In the above captioned matter, a hearing at the Municipal Court of Philadelphia was held on June 14, 2006 to resolve the issues surrounding the violations allegedly found at the property. After receiving evidence that the violations, if any, have been resolved and that the property is in full L&I compliance, the Court ruled that the violation and case against this property to be withdrawn; the docket entries for same have been attached hereto for your review.

Since that time Mr. Coppedge, my client and the owner of the above captioned property, has continued to receive the same violation notice. As a result, I have made several telephone calls and sent at least three facsimiles to Inspectors Daniels and Torres as well as Leslie Fields. I have been consistently told that, despite the Court's finding and ruling, these individuals refuse to close the case against my client. Ms. Fields has not provided any assistance in closing out this matter in accordance with the Court's ruling. Inspector Daniels refuses to do it (or at least facilitate it), consistently saying "I know what I saw," in direct contradiction and finding of the Court. In fact, after attempting to discuss the matter with her today, she literally hung up on me mid-sentence, mid-conversation, absolutely refusing to abide by the ruling of the Court. Finally, Inspector Torres, who assured me that he would handle this situation promptly, instead promptly went on vacation; a vacation which I was told was a one (1) week vacation, which then turned into a two (2) week vacation. When I contacted L&I this morning, I have was told that he is now on a three (3) week vacation. I am not sure what is happening with Mr. Torres, either no one has any idea when he is on vacation or he and his office are specifically avoiding speaking with me and addressing this situation.

I am not seeking anything unusual or unreasonable. Mr. Coppedge received a notice of violation from L&I. We reviewed the claims made by L&I and addressed them in open Court. The Court ruled that the violations and claims against the aforesaid property are to be withdrawn. If L&I can simply ignore the ruling of the Court and maintain its claims against a party despite the ruling, what is the point of going through the Court process at all? It is basic American justice which dictates that L&I cannot continue to cite an innocent party with violations that have been proven in a court of law to be unfounded. Therefore, I request that the case against this property be closed immediately. Quite frankly, considering the length of time and regularity of my contact with L&I, and the lengths I have had to go to ensure that the Court's ruling is complied with, there is no excuse for continued delay.

I do not wish this matter to continue any further, however my client is reaching his wits end and my client may seek legal action against L&I in order to ensure that the Court's rulings are complied with; specifically my client my pursue a Writ of Mandamus, a Motion for Contempt of Court for failing to cease and desist harassing him.

and for blatantly ignoring the Judge Presenza's Court's order withdrawing this matter, as well as a possible 1983 claim, against L&I.

I would appreciate it if, after your review of the instant facsimile, you would contact me so that we may discuss how this matter can be quickly resolved.

Thank you for your consideration in this matter; I anticipate your prompt cooperation.

Very truly yours,

James W. Cushing, Esquire

The information contained in this facsimile message is attorney privileged work product and confidential information intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# LAW OFFICE OF FAYE RIVA COHEN, P.C.

Faye Riva Cohen, Esquire
James W. Cushing, Esquire*
Samantha Bogin, Esquire

Ken Ruh, Law Clerk

Of Counsel,
Adam S. Bernick, Esquire*

*Also licensed in New Jersey

2047 Locust Street
Philadelphia, PA 19103
Telephone (215) 563-7776
Facsimile (215) 563-9996
E-Mail: lawoffice@fayerivacohen.com
Website: www.fayerivacohen.com

January 26, 2007

James Coppedge
3742 N 18th
First Floor
Philadelphia, PA 19140

**Re:    Licenses and Inspections Matters**

Dear Mr. Coppedge:

As you know you had a hearing scheduled for January 23, 2007. After my appearance before the Zoning Board of Review, the Board allowed a continuance until *March 13, 2007 at 9:30am* at 1515 Arch Street, Philadelphia, Pa, 18th Floor. They indicated that they will not permit another continuance so it is imperative that you appear at this hearing and that nothing is scheduled to conflict with it – *this hearing takes priority*. In addition, there is another hearing scheduled on *March 27, 2007 at 1:15pm* (same location as above) before Housing/Repairs concerning the Bouvier building. It is imperative that you appear at said hearing. Please also do not forget the *February 13, 2007 hearings at 1:15pm* at the same location.

Like the January hearing, the Zoning Board requires sealed architectural drawings of all of your properties at the March 13, 2007 hearings. It is imperative that you secure these *immediately*. Unlike the January hearing, I strongly suggest you do not wait until the week before the hearing to secure an architect. Contact one *immediately* and provide me the drawings *post haste*.

You must also hire a professional photographer to photograph the outside of your buildings, the blocks on which your buildings are located, and each room. Makes sure you get at least three copies of the photographs and that they are all in color. Again, get this requirement fulfilled *immediately*, do not wait until the last minute.

As you know Adam Meshkov, Esquire of this office attended the inspections with you on January 23, 2007. We are fairly certain that the inspections will result in some

violations. Obviously, I am not a qualified inspector, so I cannot make any educated assessment of your buildings; however, in saying that, it is the opinion of Mr. Meshkov and me that your buildings need significant work. Indeed, even a coat of paint in each room and cleaning out the clutter from the buildings would go a long way to making the buildings more presentable to the inspectors. Indeed further, Mr. Meshkov indicates that the inspectors spent more time in the rooms that were cosmetically less attractive verses those rooms which looked cleaner and more presentable. I strongly suggest hiring an independent, private, and qualified contractor to inspect your buildings and make an assessment of your compliance – indeed a sealed report may be recommended. Doing this will allow you to know whether or not the violations cited by Licenses and Inspections are objectively valid based upon the opinion of a qualified contractor. Such a report, if it is in your favor, may also be used as evidence against Licenses and Inspections.

As you know, there will very likely be violations cited against your buildings. When you get the results of the inspections, I strongly suggest that you attempt to address each violation using qualified contractors. I do not think it is a reasonable belief, assumption, and/or expectation that you will not have to modify your buildings in any way. *Therefore, you should be prepared to contact contractors to make the necessary repairs, changes, and/or modifications to your buildings when the time comes. Indeed, a good faith effort to this end may be a good way to come to a reasonable settlement with the City.* Part of the reason that Licenses and Inspections continues to cite you is that there is no evidence that you have corrected many, if not most, of the issues for which you are being cited. *You must be prepared to ensure your strict compliance with the requirements of Licenses and Inspections.* Equally important, you must be prepared to become compliant *immediately*, there is no time for further delay. If you are not in strict compliance, Licenses and Inspections will shut your buildings down.

I am greatly concerned about the status of your homes as rooming houses. Preserving the buildings as rooming houses, I believe, may be your biggest hurdle in this situation. Depending on how the inspections went, you may have to consider reclassifying your rooming houses. In the alternative, if you wish to continue running rooming houses, then you must ensure that every violation cited by Licenses and Inspections has been corrected. As mentioned above, hiring an independent private contractor that is qualified to inspect your buildings is highly recommended. Again, however, I strongly suggest doing this *immediately* as you only have a limited time to accomplish these tasks – preferably by the next Zoning Board hearing.

Finally, I have just been informed by the City Solicitor that you filed a Writ of Mandamus. A copy was provided to me by her and she also indicated you attached two (2) inches of exhibits (these were not provided). First of all, you must never file anything or communicate with the Court without informing this office of same. When you have attorneys representing you it is completely *inappropriate* for you to engage in such activities essentially behind their back. Secondly, *you have no basis in law for such a Writ.* Such a Writ is no longer applicable to your matter at this time. Such a Writ is designed by the Court to compel the action of a government agency such as Licenses and

2047 Locust Street • Philadelphia, Pennsylvania 19103
Phone (215) 563-7776 • Fax (215) 563-9996 • E-Mail: lawoffice/auprivacohen.com
Web Site: www./auprivacohen.com

Coppedge Real Estate, LLC
James Coppedge
3742 N. 18th Street
First Floor
Philadelphia, PA 19140

January 29, 2007

Law Offices of Faye Riva Cohen, P.C.
ATTN: James Cushing, Esq.,
       Faye Cohen, Esquire &
       Adam Meshkov, Esquire
2047 Locust Street
Philadelphia, PA 19103

### *RE: Your Notice from 1/26/2007 & Licenses & Inspection's Matters*

Dear Attorney Cohen, and Attorney Cushing, et al:

This letter to you all will service as my rebuttal to your comments in your above
reference/dated letter to me which I received on January 29, 2007.

It is with deep regret that we will end on this note. However, it is unfortunate that the
reason for my lack of success and the continued harassment and fraudulent problems I
continue to have with License and Inspection & now the Zoning Board is a consequence
of your failure to defend me. Not to mention my lack of confidence in this firm.

I believe that my money should be returned because a thorough review of my case was
never done nor certain issues addressed, which in my opinion would have dismissed all
charges against me had you requested that the charges be dismissed. However, during my
own thorough research I have discovered that back in 1994 through 1997 L&I seemingly
was on a rampage to close those homes for one reason or another which brought these
violations current to today. In 1993 I signed over 714 -716 E. Chelten to my former wife
Rita Pressley. These homes where NOT my homes during which times L&I began citing
those properties and her personal residence at 3737 N. 18th Street in which she lived
ALONE, but I owned. These properties where registered as Community Personal Care
Group Center, Inc. As a result of those connections, L&I began citing all of my homes
starting with 3737 N. 18th Street & 4142 N. 8th Street into 3739, 3742 N. 18th Street, and
3738 N. Bouvier Street. I truly believe that I am a victim because of this connection.
Although, L&I continue to say that the reason for their inspections where because of
complaints from tenants and/or neighbors, there where no complaints from any of my

tenants or neighbors (I would like for them to prove this). All complaints where fabricated by L&I in order to justify violating Ms. Pressley's privacy at 3737 N. 18th Street. However, the torture that she received from the City of Philadelphia, L&I's Department, I am finding now where unjust and politically motivated which has caused her a LOSS OF HEALTH and permanent confinement to a nursing home. I am only lead to believe that this law firm has conspired with the City of Philadelphia for your own commercial gain, benefit and control of enterprise based on racial discrimination, conflict of law and conflict of my properties and my best interest. However, **YOU** (James) indeed have provided some of the incriminating evidence needed to make this a Federal matter under Title, 42, sec 1981 A&C 1983 & 1986, 2000 A, 2000 B 2. Therefore, as of today, (January 30, 2007) *YOU ALL ARE FIRED AND ARE NOT ALLOWED TO ASSUME ANY AUTHORITY TO MAKE DECISIONS PERTAINING TO ME OR ANY OF MY PROPERTIES.* Also, I am *again* requesting that all of the extortion fees be returned to me from the time this office took my case (at which time you lead me to believe that L&I had issues and that they where indeed being unjust and unfair to me. Actually MANY times you stated that we were on L&I's RADAR for some unknown reason which was not right) until now which I have paid in full. All this office have done from day one was to feed me and my assistant (Krisha Johnson) false hope knowing (making me feel like L&I would let up off of me as long as I am complying with EVERYTHING) that you were NOT really working in our best interest. It just seems as though the MORE I DO/DID, THE MORE YOU & L&I make me do. When does it end? This problem has been going on now for 2 or more years and NOTHING HAVE GOTTEN BETTER FOR ME. Instead L&I are just digging deeper and deeper in my pockets and you are going along with everything they say instead of defending me and my properties. I HAVE DONE *EVERYTHING* they asked and still it has **not been enough**.

On January 23, 2007 L & I came out to do another inspection (which was supposed to only be an inspection to see if the violations in question were corrected, instead they did a FULL BLOWN/THOROUGH inspection on EVERYONE of my homes *again*). After seeing and witnessing their inspection with my own eyes and seeing how they were performing their inspection it lead me to strongly believe that they were actually INVESTIGATING my homes, (this steamed I believe from what David Yerkie from Donna Miller's office said in court that…My homes are crack homes) NOT DOING AN INSPECTION. There is a difference in and inspection and an investigation; and an INVESTIGATION is EXACTLY WHAT THEY DID. You might question how I came up with their inspection being an investigation. Well, I'll tell you how. Most of the rooms they entered they were looking behind the beds, and underneath the beds. They were also, looking behind dressers and looking in closets without permission under duress, threats and coercions. In all the years that I have dealt with L & I, NEVER has an inspector performed such an inspection to that extent. My tenants who were present at that time feel that their civil rights of privacy were also violated. Ms. Daniels went as far as to *slip up and say at the end of the inspection that they "should not have inspected 3742 because the violations on that home had been cleared up and closed. She also said that a lot of the violations had been actually cleared up (I can't remember them all right now). After her comment Attorney Meshkove and my assistant asked "WHY DID YOU*

*INSPECT THAT HOME THEN" her response was the lamest response ever "I DON'T KNOW" is what she said.* Attorney, Meshkov called you to notify you of what was going on (when I informed him that the inspection should not be a full inspection) WHAT DID YOU DO ABOUT IT.

Also, while doing the inspection at 3737, Inspector Daniels complimented that home. However, later during the inspection in that same home and while in the bedrooms which looks like someone stays there she asked "Who lives here"? My assistant said she does. In return Inspector Daniels ORDERED Inspector Tenant to "CHECK HER CLOTHES". That was OUT OF ORDER. (My assistant was not and is not under investigation, so what gave her the right to tell him to check her clothes (personal belonging). This IS SEXUAL HARRASMENT. What did you do about that? See, many times me or my assistant has notified you about certain behaviors of L & I; and you have done NOTHING about it. You seemingly just brush our complaints under the carpet, but act vigorously on any and all unfair and unjust complaints or acts from L & I.

Therefore, as you have already been made aware of by the City Solicitor, YES! I had to take matters into my own hands to SAVE MY LIFE AND WHAT I HAVE WORKED 20 YEARS OF MY LIFE TO HAVE AND BUILD. Again, you have done nothing more in my defense, but left me continuously feeling pessimistic about this whole situation. Therefore, we can expect fraud from your office under C.J.S. 7 Sec. 4.

Now, and suddenly you send me this letter degrading and insulting my efforts to improve my properties. Not too long ago you yourself (James Cushing) came out to my homes and you walked through each home with me and my assistant. You (James Cushing) yourself stated during thoses walk thoughts something to the fact "that our homes where in good shape and that you saw nothing that would warrant the complaints of L & I". One recommendation you made was at 3738 N. Bouvier Street. You suggested that we install a banister going down the basement steps, which we did in that same week. Now, you **write** in your letter dated to me January 29, 2007 that you and Attorney Meshkov agree that "my buildings need significant work, and that indeed, even a coat of paint in each room and cleaning out the clutter from the buildings would go along way to making the buildings more presentable to the inspectors". **I RESENT THOSE REMARKS. THEY ARE DECEITFUL.** In response to that statement, neither you nor Attorney Meshkov had any complaints before now. There is NO CLUTTER in any of my homes other than in one basement (and even that is NOT CLUTTER). They are my personal belongs, and my personal space is NOT a rental unit. His presence with the inspectors was an invasion of my privacy under duress, threat and coercion. I am allowed to keep my own personals right?. Therefore, Adams remarks are fallacious. The inspectors spent ample time in each and every one of my rooms. They searched/inspected each room thoroughly. The inspection started at 12:00 noon sharp, and did not end until approximately 3:30. How do you justify that they "spent more time in the rooms that were cosmetically less attractive verses those rooms which looked cleaner and more presentable. EVERY ROOM WAS PRESENTABLE. The inspectors NEVER said anything about CLUTTER, or what was PRESENTABLE. Those are your own personal allegations. Not only have you gone from insulting me with your allegations, but now you have become an inspector, not to

mention the fact that you strongly **recommend** that I start hiring contractors (remodeling) for my buildings. How can I continue to make improvements when you and L & I are constantly keeping me paying court and attorney fees? You are running up in my POCKETS AGAIN. WHY? Everything is in compliance with L & I and yet you have betrayed my trust in you. I see this as some form of RETALIATION for the Writ of Mandamus which you stated that "I had no basis in law for such a Writ". How is that so, when you yourself THREATENED L&I with the Writ of Mandamus in your letter dated July 25, 2006 to a Leslie Fields.

How dare you suggest that I have not been in compliance with L & I, ESPECIALLY WHEN I HAVE RECEIPTS AND PROOF THAT I HAVE DONE EVERYTHING THEY HAVE REQUESTED TO MY KNOWLEDGE. ALL CITED VIOLATIONS HAVE BEEN CORRECTED. I HAVE RECIEPTS AND PROOF (The proof you are so eager to believe I don't have all of a sudden).

As far as the "status of my homes as rooming houses, I am as I have always told you that I am willing to do whatever I must do to correct L&I concerns. I am not avoiding making corrections to my homes in know way and I never have. If I am required to do something different with my home I would consider that also. I AM ONLY ASKING FOR L&I to be fair about their decisions and thus far I have not found that to be so because their motives are politically motivate by Councilwoman Donna Miller's office which you many times have stated and agreed too. Just maybe you have something (more than what I think) to do with what's happening to me. I WELCOME CONSTRUCTIVE CRITICSM. I AM NEVER APPOSED TO SOMETHING GOOD WHEN IT BENEFITS ME AND MY PROPERTIES and my TENANTS. So your comments once again I find are imaginary.

You also stated that I went behind your back and filed the Writ of Mandamus. I believe it is my right to file a writ of mandamus. On July 25, 2006 in your Facsimile Transmittal Sheet to a Leslie Fields, It's exactly what YOU threaten to "strongly advise your client to pursue" against them. The reason you considered having us to do so was you stated that "L & I cannot continue to cite an *innocent party with violations that have been proven in a court of law to be unfounded"*. However, they ignored your memos and you NEVER did anything about their behavior on my behalf. WHY? In fact you actually allowed them to get worse.

In court on January 23, 2007 the Zoning Board asked for photos of the homes (inside/out) and they did ask for us to take some photos of the block. Well, you are *telling me* that I should have PROFESSIONAL PHOTOS TAKEN AND THAT I GET 3 EXTRA COPIES. WHY? WHAT'S THE PURPOSE? I see this as just another EXPENSIVE EXPENSE and ANOTHER HARRASSMENT AND EXTORTION TECHNIQUE for me on top of EVERTYING ELSE L&I has ordered me to do which you support. At my last court hearing they asked for sealed drawings for 3739 and 3742 N. 18th street. You turn around and tell me that I need them for EVERY HOME. So, you will know, I was there and that's not what they said. Court was specifically about those two (2) homes and those homes where the homes they where referring to.

Your comments that I *"regularly seek reasons to gain continuances for each of my hearings", and that "I fail to secure what the Board specifically instructs me to secure until the last minute" is **another fallacious statement.*** The minute I left the hearing I started looking for an architect. I HAVE NO CONTROL OVER CONTRACTORS NOT KEEPING THEIR APPOINTMENTS AND SUBMITTING THE INFORMATION WHEN IT IS DUE.

Secondly, I have only requested a continuance when it was extremely necessary AND NOT AT THE LAST MINUTE. I am in no way a procrastinator; therefore, whenever I felt that I needed the continuance, I called you right away. Always 1 month to 3 weeks for court was scheduled. Now, since you mentioned that I am lead to believe that perhaps you waited too late each time to submit my request. Again, I resent your false statements and I HAVE PROOF OF WHEN I CALLED AND WHEN I STARTED THIS PROCESS OF OBTAINING AN ARCHITEC. I DO BELIEVE IN THE CYA METHOD (Cover your Ass). Again, this is totally unfair.

Now you suddenly see problems with my homes. Why do you think we asked you to come out and look at the homes yourself? We did it to get your opinion and your suggestions. You gave your opinion and made a suggestion which I have stated earlier. Again, you didn't see nothing wrong before, and even more so you have stated many times to me and my assistant that License and Inspection were just out to get me for some political motivation. You have stated too that they are incompetent, and don't know what they are supposed to be doing or what each other is doing. You have even stated that L & I are very wicked and corrupt. Whose side are you really on, and who are you defending with MY MONEY?

Finally, as your unwilling client; I have never appreciated your tone to me in your writings. I feel that as your client when you write anything to me it could be done in a more polite and non-demanding way. I really wished that you would have taken that type of stand (tone) while in court defending me. Instead you let it get to the point where the Zoning Board told you to shut up. That was really out of order. I couldn't believe you did nothing about them speaking to you in that manner. They really don't respect your title. They really did not allow you to represent me, but yet I'm charged for your services. I thought the reason for an attorney in court was to defend the client. In my case I really couldn't see where that was the done. I was greatly disappointed with how court went that day. Let me just reiterate. The whole time we have been doing business with you, and especially after you did a walk through of my homes (YOURSELF, James) and stated to me and my assistant that "my homes looked great, and you really didn't see what L & I was talking about or why they had us so on their RADAR". Also, don't forget when the Zoning Board asked you if you had seen the homes you said in a return statement…something to the effect that you had visited the homes and that "everything was ok". Again, I took your suggestion and installed the banister under duress, threat and coercion of loosing my home to L & I as you continue to tell me.

In closing, and incidentally, in your letter dated January 26, 2007, you requested that I withdraw the Writ of Mandamus which I refused too. I believe you and your office conspired to get the Writ of Mandamus dismissed without my consent. Had you not needed my consent, you would have not asked me to withdraw it. I am very dissatisfied with your services and that of your office.

Respectfully Submitted,

James Coppedge
Sua Sponte

*NOTE:*    ONE DAY STANDING BEFORE GOD, WE *WILL* ALL GIVEN AN ACCOUNT FOR OURSELVES FOR THE DEEDS DONE HERE ON EARTH IN OUR BODIES WHETHER THEY BE GOOD OR *EVIL!* Rev. 20:1-15

*Remember that*

# MEMORANDUM

# URGENT NOTICE!

**TO:**      **The Law Office of Faye Riva Cohen, P.C.
& ALL YOUR STAFF**

**FROM:**   **James Coppedge, Sua Sponte**

**DATE:**   **January 30, 2007**

**RE:**      ***TERMINATION OF MY CASE***

This memo will serve as my official notice that you are hereby FIRED from representing me and my properties. You are no longer permitted to represent me in any way shape, form or fashion.

I have lost *all* confidence in your services.