**SAUL EWING**
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

March 18, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    Coppedge v. Yurkie, C.A. No. 1:07-cv-846-GMS-MPT
           Coppedge v. City of Philadelphia, C.A. No. 07-684-GMS-MPT
           Coppedge v. Leatherman, C.A. No. 07-763-GMS-MPT

Dear Chief Judge Sleet:

    I write on behalf of the defendants in the above-captioned matters (collectively "Defendants") in response to several Affidavits and other papers provided by plaintiff James Coppedge, i.e., an Affidavit of Default Judgment, filed in C.A. No. 07-684 (D.I. 23), an Affidavit of Desceptive (sic) Non-Disclosure Letters, filed in 7-763 (D.I. 22), and most recently the proposed order to grant the complaint filed in C.A. No. 07-846 (D.I. 12).

    These documents continue Mr. Coppedge's pattern of abuse of the judicial process and should be disregarded by the Court. Notably, as the Court warned Mr. Coppedge, until the Court rules in his favor, such "repetitive motions or petitions [to enter judgment] will not be considered and will be summarily denied." Order dated 12/11/2007, C.A. No. 07-684 (D.I. 11), a copy of which is submitted herewith as Exhibit A. As there are pending meritorious motions to dismiss in each of these matters, the Court has obviously not ruled in Mr. Coppedge's favor.

    Defendants sincerely hope that Mr. Coppedge will, upon receipt of this letter, withdraw these papers to the extent he is requesting Court action by them and not cause Defendants to continue to expend their valuable resources defending against them. If he fails to do so, Defendants respectfully request that these requests should be summarily denied, and, further, that the Court should consider sanctions against Mr. Coppedge.

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone (302) 421-6800 • Fax (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

The Honorable Gregory M. Sleet
United States District Court
March 18, 2008
Page 2

As always, counsel remains available at the Court's convenience if Your Honor has any questions.

Respectfully,

Michael R. Robinson
(Del. Bar No. 4465)

cc: Mr. James Coppedge
(Via First Class U.S. Mail)

*[Handwritten/stamped diagonal text:]* The presentment is accepted for value, certified and sworn on the Undersigned's commercial liability true, correct, and complete, with all related endorsements front and back, in accordance with Uniform Commercial Code § 3-419 and House Joint Resolution 192, of June 5, 1933, pre-paid, exempt from levy. Adjust the account and release the Order of the court to the Undersigned immediately.

James Coppedge
Date 3-24-08

*[Stamp:]* James Coppedge
Natural personal non-surety
UCC 1-201 (27)(35) NOTICE
Accepted for Value Exempt from Levy
3-24-08

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-684-***-MPT |
| CITY OF PHILADELPHIA, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

## I. BACKGROUND

Plaintiff, James Coppedge, filed this Petition For <u>Ex Parte</u> Writ Of Mandamus[1] And Inquiry against the U.S. District Court Clerk ("Clerk")[2]. Plaintiff filed a similar writ in Civil Action No. 07-770-GMS which was denied and dismissed on December 3, 2007. Plaintiff's Petition For <u>Ex Parte</u> Writ Of Mandamus and inquiry seeks a writ of mandamus directing the Clerk to "enter judgment and/or execute compulsory order for the immediate payment of ten million directed to the City of Philadelphia." (D.I. 8.)

## II. DISCUSSION

To be eligible for mandamus relief under 28 U.S.C. § 1361, Plaintiff must satisfy three conditions. First, the party

---

[1] The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff. 28 U.S.C. § 1361.

[2] Peter Dalleo is the Clerk of Court for the U.S. District Court for the District of Delaware.

seeking issuance of a writ must demonstrate that he has "no other adequate means to attain the relief he desires." <u>Cheney v. United States Dist. Court</u>, 542 U.S. 367, 380 (2004) (citation omitted). Next, he must carry the burden of showing that "his right to the issuance of the writ is clear and indisputable." <u>Id</u>. at 381 (citations omitted). Finally, "the issuing court . . . must be satisfied that the writ is appropriate under the circumstances." <u>Id</u>.

Plaintiff has failed to demonstrate his entitlement to a Writ Of Mandamus. To the extent that Plaintiff asks this Court to order the Clerk to enter judgment and/or execute a compulsory order for the immediate payment of ten million dollars to him by the City of Philadelphia, Plaintiff has available to him other adequate means. Indeed, he need merely wait until there is a ruling in this case that determines whether he is entitled to recovery. To date, however, there has been no service, much less judgment entered against the City of Philadelphia.

To the extent that Plaintiff asks this Court to order the Clerk to enter judgment against the City of Philadelphia or execute a compulsory order for it to make immediate payment of ten million dollars, the Court finds that Plaintiff failed to demonstrate that his right to issuance of the writ is "is clear and indisputable." <u>Cheney</u>, 542 U.S. at 381 (citations omitted). As discussed above, this lawsuit is in its very early stages,

with no service having taken place, much less the entry of a Court ruling that Plaintiff is entitled to judgment against the City of Philadelphia.

Clearly, issuance of a writ is inappropriate under the circumstances and the petition is frivolous. Plaintiff has failed to establish any basis for mandamus relief and, therefore, his Petition For Ex Parte Writ Of Mandamus will be denied.

### III. CONCLUSION

For the reasons set forth above, the Petition For Ex Parte Writ Of Mandamus And Inquiry is **DENIED**. Plaintiff is placed on notice that repetitive motions or petitions will not be considered and will be summarily denied.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 11, 2007

**Other Documents**
1:07-cv-00846-GMS Coppedge v. Yurkie
PaperDocuments, VACANTJUDGESHIP

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Robinson, Michael on 3/18/2008 at 10:09 AM EDT and filed on 3/18/2008

**Case Name:**        Coppedge v. Yurkie
**Case Number:**      1:07-cv-846
**Filer:**
**Document Number:** 13

**Docket Text:**
Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding several affidavits and other papers filed by Plaintiff James Coppedge. (Attachments: # (1) Exhibit Exhibit A to Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding affidavits and other papers filed by Plaintiff James Coppedge)(Robinson, Michael)

**Case Name:**        Coppedge v. City of Philadelphia
**Case Number:**      1:07-cv-684
**Filer:**
**Document Number:** 24

**Docket Text:**
Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding several affidavits and other papers filed by Plaintiff James Coppedge. (Attachments: # (1) Exhibit Exhibit A to Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding affidavits and other papers filed by Plaintiff James Coppedge)(Robinson, Michael)

**Case Name:**        Coppedge v. Letherman
**Case Number:**      1:07-cv-763
**Filer:**
**Document Number:** 23

**Docket Text:**
Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding several affidavits and other papers filed by Plaintiff James Coppedge. (Attachments: # (1) Exhibit Exhibit A to Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding affidavits and other papers filed by Plaintiff James

**1:07-cv-846 Notice has been electronically mailed to:**

Michael R. Robinson    mrobinson@saul.com, aiannini@saul.com, jtaylor@saul.com

**1:07-cv-846 Notice has been delivered by other means to:**

James Coppedge
3742 N. 18th
Philadelphia, PA 19140

**1:07-cv-684 Notice has been electronically mailed to:**

Michael R. Robinson    mrobinson@saul.com, aiannini@saul.com, jtaylor@saul.com

**1:07-cv-684 Notice has been delivered by other means to:**

James Coppedge
3742 N. 18th
Philadelphia, PA 19140

**1:07-cv-763 Notice has been electronically mailed to:**

Michael R. Robinson    mrobinson@saul.com, aiannini@saul.com, jtaylor@sa ul.com

**1:07-cv-763 Notice has been delivered by other means to:**

James Coppedge
3742 N. 18th
Philadelphia, PA 19140

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/18/2008] [FileNumber=536598-0]
[b977fcd1e1e94c1c9f8bb8f7105452a53f46a8246fbe2a28d52aa57bc8e56a702451
8c35e1ed4c163d8d806dc0743d37193c1236fbada955367109986e41071b]]
**Document description:** Exhibit Exhibit A to Letter to the Honorable Gregory M. Sleet from Michael R. Robinson, Esquire regarding affidavits and other papers filed by Plaintiff James Coppedge
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/18/2008] [FileNumber=536598-1]
[7ab338d4ba674b106be79592e1a05cc75fa7124e90b49314b8ffd072acfd3bd67288
514a9405e89ccf3745923841b6ea632ea7b83e471b5ef85feebdbc67283b]]

