IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**James Copppedge ON BEHALF OF
Coppedge Real Estate, LLC**

3742 N. 18th Street

Philadelphia, Pennsylvania [19140]                             May 13, 2008

**Plaintiff**,

v.                                                             CASE NO. 07-763

GERALD D. LEATHERMAN, ESQUIRE,
DEPUTY CITY SOLICITOR,
CITY OF PHILADELPHIA,
PHILADELPHIA, PENNSYLVANIA LAW
DEPARTMENT,

Defendant,



**Affidavit to Overturn Denied Default Judgment**

On Monday, December 31, 2007, the US Post Office was open for business. My office was also open on this day as well and the Plaintiff was available to be served the answer to the Complaint in the morning, afternoon, and evening. This was the final day in which the serving of the responsive pleading to the Plaintiff could be done. There was no response. Therefore, the Plaintiff's claim for a Default Judgment has merit and the claim must be granted Please see Exhibit 1, page 1.

According to the SUMMONS, the Defendant is required to serve the Plaintiff, in

this case me, within the time period allowed. This was not done. There was no response. To serve the Court is one thing, but to serve the Plaintiff in this case is another thing

Furthermore, the Plaintiff was grateful for the scheduled teleconference which was cancelled with explanation..

The Plaintiff believes; therefore, that the Court was in-error in making this decision and motions the Court to overture the decision in favor of the Plaintiff.

**Respectfully in Christ,**

*James Coppedge*
James Coppedge
UCC 3-419,1-201(37)(35)

ON THIS 14TH DAY OF MAY, 2008
JAMES COPPEDGE APPEARED
BEFORE ME BENJAMIN T. GARRETT
A NOTARY PUBLIC FOR THE STATE OF
DELAWARE, COUNTY OF KENT.

BENJAMIN T. GARRETT
251 N. DUPONT HWY
PMB # 120
DOVER DE 19901

Exhibit 1

Case 1:07-cv-00763-***-MPT   Document 16   Filed 01/15/2008   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-763-*** |
| GERALD D. LEATHERMAN, ESQUIRE, DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT, | : |
| Defendant. | : |

## ORDER

At Wilmington this 15th day of **January, 2008**.

Plaintiff filed a motion for default judgment allegedly because defendant failed to timely respond to the complaint within the twenty day period. Plaintiff's motion was filed on January 8, 2008 (D.I. 11). According to the record in this matter, defendant was served with the complaint on December 10, 2007 which, under Federal Rule Civil Procedure ("FRCP") 12, made his responsive pleading due on December 30, 2007. That day was a Sunday. Under the Federal Rules, when the last day of the period of time under a Rule ends on a Saturday, Sunday or holiday, it is not computed in the time period. *See* FRCP 6. During the two days following the due date for the filing of a responsive pleading, that is, December 31 and January 1, 2008, the Court was closed for the New Year's holiday. As a result, defendant's response was due on January 2, 2008. On January 2, 2008,

defendant filed motions to dismiss for lack of subject matter and personal jurisdiction, improper venue and for failure to state a claim. Such motions are considered responsive pleadings. *See* FRCP 12. Therefore,

IT IS ORDERED that plaintiff's motion for default (D.I. 11) is DENIED.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff,

James Coppedge on Behalf of
Coppedge Real Estate, LLC,

CLAIM NO. 07-763

v.

Defendant,

GERALD D. LEATHERMAN, ESQUIRE
DEPUTY CITY SOLICITOR, CITY OF
PHILADELPHIA, PENNSYLVANIA, LAW
DEPARTMENT,

**ORDER**

At Wilmington this _____ day of May, 2008,

IT IS ORDERED that the Plaintiff's motion to overturn the ORDER against the Defendant for failure to timely response to the Complaint within the twenty day period is GRANTED. Plaintiff's motion was filed on January 8, 2008. According to the record in this matter, the defendant was served with the complaint on December 10, 2007 with a response date due on December 30, 2007, a Sumday, not a computable day. Monday, December 31, 2007, not a holiday, was the final day to serve the Plaintiff, and there was no response or service thereto.

IT IS ORDERED that the Plaintiff's motion for default is GRANTED.

_____
UNITED STATES DISTRICT JUDGE



J. Coppedge
5742 N. 18th St
Philadelphia, Pennsylvania
[19140]

CERTIFIED MAIL
7006 2760 0001 9880 8411

U.S. POSTAGE PAID
DOVER, DE
19901
MAY 14, '08
AMOUNT $5.49
00012857-10

U.S.M.S. X-RAY

Clerk of Court
U.S District Court of Delaware
Lock Box 18
844 King Street
Wilmington, Del. 19801

RETURN RECEIPT REQUESTED

FIRST CLASS