USDC - DE
Clerk of Court

Case 1:07-cv-00763-GMS    Document 26    Filed 06/04/2008    Page 1 of 2

Ref Case No. 07-684
07-846
07-763

## CERTIFICATION OF NON-RESPONSE

I, JOHN T MELVIN JR, a Notary Public, do hereby certify and affirm that I have received no response to Coppedge Real Estate, LLC/James Coppedge's Affidavit of Fraud, Trespassing, and Harassment Dated: May 10, 2008 from the CITY OF PHILADELPHIA, DEPARTMENT OF LICENSES AND INSPECTION, IINSPECTOR D. WEST., nor from G. D. LEATHERMAN, ESQ, DUPTY CITY SOLICITOR, nor from FRAN K. LOVE, ESQ., Attorney for G. D. LEATHERMAN, ESQ., nor from BOARD OF ADMINISTRATION for Licenses and Inspection Review. They were all given 72 hours or three days to response from the day of receipts. There was no response as of this 3NO day of JUNE 2008

I, James Coppedge, do hereby certify and affirm that I have received no response as well.

STIPULATION FOR DEFAULT JUDGMENT

Since there was no rebuttal to the above Affidavit, the CITY OF PHILADELPHIA, DEPT OF L. & I. violations reference case no. 158783, dated 05/05/08 concerning Secured property : 3739 N. 18th Street, Philadelphia, Pennsylvania are hereby defective and cancelled without prejudice *adjust the account immediately.*

WITNESS my hand and official seal

Signature of Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T MELVIN, JR. Notary Public
City of Philadelphia, Phila County
My Commission Expires November 15 2011



FILED
JUN _ 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

