In the United States District Court of Delaware

07-763 GMS

Case file number 07-648

Civil action to restrain harassment of a victim or witness

Victim/plaintiff James Coppedge
Vs
Gerald leatherman
James Cushings
John persons
Ruth dunnewold
Martha brown
Michael robinson
Frank love
Berle schiller
Et al



FILED
AUG 1 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Ex parte Title 18 section 1514 Petition for TEMPORARY RESTRAINING ORDER ISSUED WITHOUT NOTICE   August 6 2008

Whereas the Defendants by volunteer contract **waived any time period to answer and is civiller mortus** from any proceed of relief or remedy by the following:

An Stipulation of the Affidavit of Negative Averment, Bill of Peace and Affidavit of stipulation of monetary Judgment pursuant to supplemental rules c section (a)& rule 9 h not limited to Title 9 usc secs 1, 2,4,202,203,204,206,301,303,304 & Title 28 usc 1333 the defendant by volunteer contract forfeited all rights for failure to answer or respond within the contract between James Coppedge AND THE CITY OF PHILADELPHIA AND ITS INSRUMENTALITIES L& I ZONING BOARD OF REVIEW ET AL and is FOREVER BARRED from any procedural process contrary to the stipulation already stipulated. They loss

all remedies or relief in any matter in nexus with the said contracts listed above certified by notary seal ,so now they have chosen to retaliate violating title 18 sections 1512 & 1513 further and must be stopped Iam demanding witness protection.

Whereas it is the duty of the court / asst attorney general to order a restraining order to all the defendant and the 34 district Philadelphia police who came to one of my properties with 15 armed weapons search for some fictious character with fictious warrant by order of one or all of the defendants they refuse to give me the correct information regarding the warrant or purpose of this intentional new harassment 8-5-08 the court/asst attorney general should take immediate action