IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC,<br>　　　Plaintiff,<br>　v.<br><br>GERALD D. LEATHERMAN, ESQ., DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT,<br>　　　Defendant. | Case No.: 1:07-cv-00763-GMS |

## RENEWED MOTION TO DISMISS

Defendant Gerald D. Leatherman, Esquire, by his undersigned counsel, hereby renews his request that this Court dismiss the Complaint in this action with prejudice because:

1.　Plaintiff has failed to retain counsel as ordered by this Court on July 8, 2008 (D.I. 29); and

2.　For all the reasons stated in the Motion to Dismiss filed on January 2, 2008 (D.I. 9), Opening Brief in Support thereof filed on the same date (D.I. 10) as well as the Reply Brief filed on February 6, 2008 (D.I. 20).

　　　　　　　　　　　　　　　　　　/s/ Michael R. Robinson
　　　　　　　　　　　　　　　　　　Michael R. Robinson (Bar No. 4452)
　　　　　　　　　　　　　　　　　　**SAUL EWING LLP**
　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1200
　　　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1266
　　　　　　　　　　　　　　　　　　Telephone:　(302) 421-6800
　　　　　　　　　　　　　　　　　　Facsimile:　(302) 421-6813
　　　　　　　　　　　　　　　　　　Email: mrobinson@saul.com

Dated: August 21, 2008　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　*Gerald D. Leatherman, Esq.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GERALD D. LEATHERMAN, ESQ., DEPUTY CITY SOLICITOR, CITY OF PHILADELPHIA, PENNSYLVANIA LAW DEPARTMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1:07-cv-00763-GMS |

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant Gerald D. Leatherman, Esquire's Renewed Motion to Dismiss the Complaint, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

 

_____
Chief Judge Gregory M. Sleet
United States District Court

561109.2 8/20/08

## CERTIFICATE OF SERVICE

I, Michael R. Robinson, hereby certify that on this 21st day of August, 2008, I caused to be electronically filed a true and correct copy of the foregoing ***Renewed Motion to Dismiss and (Proposed) Order*** with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA 19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA 19140

/s/ Michael R. Robinson
Michael R. Robinson (Del. Bar No. 4452)
**SAUL EWING LLP**
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Email: mrobinson@saul.com